UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BURCHICK CONSTRUCTION COMPANY, INC

        Plaintiff,

                              Civil Docket No. 05-CV-12E

v.

HBE CORPORATION,                         Judge McLaughlin

        Defendant.

## ORDER EXTENDING DISCOVERY
## AND OTHER PRETRIAL DATES

        AND NOW, this _____ day of September, 2005, it is hereby ordered as follows:

        1.        Paragraph 3 of the Case Management Order entered on July 27, 2005 is amended as follows:

        3.        <u>Pretrial Procedures</u>.  Compliance with the provisions of Local Rule LR16.1.2 shall be completed as follows:

        (a)        The parties shall move to amend their pleading/add new parties within **twenty (20)** days of this order.

        (b)        The parties shall complete discovery, both fact and expert, on or before **November 21, 2005**.  For purposes of this paragraph 3(b), the term "discovery" shall include all methods of discovery referred to in Fed.R.Civ.P.26(a).  Motions for extension of discovery **must be filed** prior to the scheduled close of discovery **containing a proposed order reflective of all dates that are to be extended, not just the discovery headlines.  In addition, if the motion is not jointly filed, then a Local Rule 16.1.2E Scheduling Motion Certificate must be attached.**

(c)     Plaintiff's pretrial narrative statement shall be filed on or before **December 12, 2005**. Defendants' pretrial narrative statement shall be filed on or before **January 2, 2006.** Plaintiff's pretrial narrative statement shall comply with Local Rule LR 16.1.4.A.1-8. (Third–party defendant pretrial narrative statement shall comply with Local Rule LR 16.1.4.C.)

(d)     On or before **December 12, 2005**, any party may file a dispositive motion which shall be accompanied by a supporting brief, and such affidavits and other supporting documentation as may be appropriate. Any responding party may file an opposing brief, together with such affidavits and opposing documents as may be appropriate on or before **January 2, 2006**. Briefs are not to exceed 25 pages in length except by leave of the Court. Any party failing to respond to a motion shall be deemed not to oppose the motion. A single short reply brief by the movant will be considered by the Court if filed within 7 days of the brief in opposition to the motion. No additional briefs will be submitted.

2.     In all other respects, the Case Management Order entered on July 29, 2005 remains in full force and effect.

_____
United States District Judge