## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BURCHICK CONSTRUCTION COMPANY, INC., | ) ) ) |
| Plaintiff, | ) Civil Docket No. 05-CV-12E |
| vs. | ) ) ) |
| HBE CORPORATION, | ) Judge McLaughlin ) |
| Defendant. | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of September, 2005, upon consideration of the foregoing Motion to Compel Discovery, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that said Motion will be and is hereby granted and that Defendant HBE Corporation will be and is hereby ordered to produce a witness or witnesses for a Rule 30(b)(6) deposition on September ___, 2005, at a time and place mutually convenient to the parties.

BY THE COURT,

_____
DISTRICT JUDGE SEAN J. McLAUGHLIN