1

                          JAMES KEE
                          - - - -
1       IN THE UNITED STATES DISTRICT COURT FOR THE

2            WESTERN DISTRICT OF PENNSYLVANIA

3                         -----

4   BURCHICK CONSTRUCTION COMPANY,)
    INC.,                         )
5                                 )
              Plaintiff,          ) Civil Docket No.
6                                 ) 05-CV-12E
        vs.                       )
7                                 )
    HBE CORPORATION,              )
8                                 )
              Defendant.          )
9
                          -----
10

11           Deposition of JAMES KEE
          (Thursday, September 22, 2005)
12

13         Filed on behalf of Plaintiff
       BURCHICK CONSTRUCTION COMPANY, INC.
14

15     Counsel of Record for this Party:
          KURT F. FERNSLER, ESQUIRE
16              Reed Smith LLP
              435 Sixth Avenue
17           Pittsburgh, PA  15219

18

19

20                WORDZ R US
         1139 Oakwood Drive, Suite 100
21         Jefferson Hills, PA  15025
            Phone:  (412) 655-1553
22

23   REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
     WITHOUT AUTHORIZATION FROM THE CERTIFYING AGENCY
24

25

                    WORDZ R US
                  (412) 655-1553



```
                                                     80
                        JAMES KEE
                          - - - -
 1   22,735.40 and the 7,387?
 2      A.   Because we haven't received final payment
 3   from the owner.
 4      Q.   That's the only reason?
 5      A.   That's the contractual reason.
 6      Q.   Okay.  Is that the only reason?
 7      A.   Actually, there's one other thing.
 8      Q.   What's that?
 9      A.   In that what's not reflected here is the
10   adjustment for the OCIP reconciliation, neither
11   on this job or on the hospital project.  These
12   amounts are -- I don't believe, I don't believe,
13   reflect the OCIP reconciliation, because we're
14   waiting for the information from the
15   subcontractor.
16      Q.   Are there any documents that -- are there
17   any documents that HBE has that reflect credits
18   that HBE thinks its owed from Burchick for the
19   OCIP reconciliation?
20      A.   We've developed a work sheet, I guess
21   that's the best way to characterize it, that
22   indicates what we believe the credit is worth.
23      Q.   I don't have that work sheet, right?
24      A.   I don't know.
25      Q.   HBE has never produced anything that
```

```
                                              81
                    JAMES KEE
                      - - - -
 1    shows any alleged credit.
 2        A.   I can't answer that.  I don't know.
 3        Q.   Okay.  All right.  So, the total
 4    retainage shows on the last page for the
 5    behavioral health, shows $53,297.83, right?
 6        A.   (Nodding head up and down.)
 7        Q.   I know I already asked you this, I don't
 8    remember what you told me, so I'll ask you again:
 9    I think you said you're not sure how much
10    retainage --
11        A.   I think I said it was approximately
12    89,000 that the owner was holding.  Actually, the
13    number I said was $86,000, round numbers.
14        Q.   Mr. Kee, I'm going to switch gears a
15    little bit.  I want to ask you about -- there's
16    an item in the Notice of Deposition that makes
17    specific reference to a meeting, February 26,
18    2004 meeting, between representatives of Burchick
19    and HBE.  Do you know what meeting I'm referring
20    to?
21        A.   I believe that's the meeting where I
22    attended.
23        Q.   Okay.  Who from HBE attended that
24    meeting, do you remember?
25        A.   I remember Dan Gemme was there, Jon
```