MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

Burchick Construction Co. Inc.

*Plaintiff*

vs.

HBE Corporation

*Defendant*

No. CA 05-12 E

HEARING ON Motions - telephone

Before Judge McLaughlin

Kurt F. Fernsler — *Appear for Plaintiff*

Michael D. Glass
John H. Riordan — *Appear for Defendant*

Hearing begun 11:00 Am

Hearing concluded C. A. V. 11:15 Am

Stenographer Ron Bench

WITNESSES:

*For Plaintiff* — *For Defendant*

Doc (13) Motion to Extend Discovery is GRANTED
Doc (14) Motion to Compel Discovery is DENIED AS MOOT