UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BURCHICK CONSTRUCTION COMPANY, INC

       Plaintiff,

       Civil Docket No. 05-CV-12E

v.

HBE CORPORATION,                   Judge McLaughlin

       Defendant.

### NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT

TO:   Robert Barth, Clerk

Please substitute Michael D. Glass, Esq. of the firm of Polito & Smock, P.C. in place of John H. Riordan, Jr. of the same firm as counsel for Defendant HBE Corporation.

Respectfully submitted,

POLITO & SMOCK, P.C.

By: _____
John H. Riordan, Jr., PA ID No. 19922

By: _____
Michael D. Glass, Esq., PA ID No. 34431

Four Gateway Center, Suite 400
444 Liberty Avenue
Pittsburgh, PA 15222-1237
(412) 394-3333

*Counsel for Defendant HBE Corporation*

## CERTIFICATE OF SERVICE

We hereby certify that on this 11th day of November, 2005, a true and correct copy of the foregoing Notice of Substitution of Counsel for Defendant was served via United States Postal Service first class mail, postage prepaid to the following counsel of record:

    Kurt F. Fernsler, Esq.
    Reed Smith LLP
    435 Sixth Avenue
    Pittsburgh, PA 15219-1886

                  POLITO & SMOCK, P.C.

                  By: _____
                        John H. Riordan, Jr.