| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) SS |
| COUNTY OF ALLEGHENY | ) |

## AFFIDAVIT OF GEORGE D. EHRINGER

And now this 12th day of December, 2005, before me the undersigned, a Notary Public for the Commonwealth of Pennsylvania duly commissioned, personally appeared George D. Ehringer, who being duly sworn according to law, deposes and says:

1. I am a registered architect, duly licensed by the Commonwealth of Pennsylvania, and have maintained that registration continuously since 1969, and am a member of the American Institute of Architects.

2. Through and including October 31, 2005, I was a full-time employee of UPMC Passavant where I was involved as a Project manager representing the interests of UPMC Passavant and other UPMC entities in the construction and renovation of various buildings and facilities.

3. I am familiar with the construction of the UPMC Northwest Main Hospital Building (the "Hospital") in Seneca, Pennsylvania, and the UPMC Northwest Behavioral Health Facility (the "BHF") constructed in Seneca, Pennsylvania (collectively the "Project").

4. I was assigned by UPMC Passavant to work with UPMC Northwest and was the overall Project manager representing UPMC's interests and my responsibilities included overseeing the budget and general Project schedule for the entire Project.

5. I was involved during the entire term of the Project.

6. As a normal part of my duties and responsibilities, I worked with, and supervised, other UPMC employees, including John Williams, Director of Facilities for UPMC Northwest, and am generally familiar with all aspects of the construction of the Project.


EXHIBIT APPENDIX A

7. As a part of my job duties and responsibilities, I reviewed Applications for Payment submitted by the general contractor on the Project, HBE Corporation ("HBE"), and ensured that the items for which HBE sought to be paid were performed to the percent indicated, and that HBE was otherwise in compliance with its contractual requirements which would entitle it to payment.

8. I would sign my name on behalf of UPMC to the Applications for Payment submitted by HBE to indicate UPMC's approval and concurrence that payments should be released to HBE.

9. As part of my review of the applications for payment submitted by HBE in connection with the Hospital, I determined that Burchick Construction Company, Inc.'s work on the Hospital was 100% complete as indicated in HBE's Application for Payment No. 18, dated June 27, 2003. (A copy of that Application for Payment is attached hereto as Exhibit A.)

10. The Progress Report submitted by HBE as a part of Application for Payment No. 18 indicates Burchick's scope of work at item nos. 60, 70, 72, 75, and 80.

11. UPMC paid HBE Corporation on or about July 25, 2003, for the full amount requested in Application for Payment No. 18.

12. UPMC has not held any retention from HBE related to any of Burchick's work on the Hospital.

13. Similarly, with respect to the BHF, HBE submitted an Application for Payment to UPMC No. 8 dated September 30, 2003, identifying all of Burchick's work on the BHF as being 100% complete. (A copy of that Application for Payment is attached hereto as Exhibit B.)

14. Payment was made by UPMC to HBE for the full amount requested in Application for Payment No. 8 on or about October 24, 2003.

- 3 -

15. No retainage has ever been withheld by UPMC from HBE related to any item of Burchick's work on the BHF.

This Affidavit is made for verification purposes and that affiant avers that the foregoing statements are true and correct to the best of his knowledge and belief.

_____
George D. Ehringer

## ACKNOWLEDGMENT

COMMONWEALTH OF PENNSYLVANIA )
) SS:
COUNTY OF ALLEGHENY )

On this, the 12th day of December, 2005, before me, a Notary Public, the undersigned officer, personally appeared Kurt F. Fernsler, Pennsylvania Supreme Court Identification Number 78026, known to me (or satisfactorily proven) to be a member of the bar of the highest court of said state and a subscribing witness to the within instrument, and certified that he was personally present when George D. Ehringer, whose name is subscribed to the within instrument executed the same, and that said person acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Erica A. Meinhardt, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Mar. 26, 2009
Member, Pennsylvania Association of Notaries



# UPMC HEALTH SYSTEM

Date to execute w  7/25/03

**WIRE TRANSFER REQUEST FORM**  6486   0001578497 VOUCHER NO.

NOTE: ALL INFORMATION BELOW MUST BE PROVIDED TO AVOID RETURN OF FORM

| Field | Value |
|---|---|
| Payee | Hospital Building and Equipment Company |
| First Address Line | 11330 Olive Street Road |
| Second Address Line | P.O. Box 419039 |
| City | St. Louis |
| State | MO |
| Zip Code/Foreign Country | 63141 |

RECEIVED JUL 30 2003 ACCOUNTS PAYABLE

UPMCHS Employee (select one): [ ] Yes   [ ] No

Social Security /Tax ID # _____

Currency Information (select one): [x] US Dollars   [ ] Foreign   (type) _____

**Purpose of Payment**
Per attached Application for Payment # 18- New Northwest Hospital

Requested By: Greg Podany
Department/Building/Floor No.: Facilities Management Iroquois Suite 207
Date: 07/17/2003   Phone No.: 647-8592
Authorized Department Signature: [signature]
Date: _____   Phone No.: _____
Additional Approval (if required): _____
Date: _____   Phone No.: _____

| G/L BU: | Account # | Projects BU | Project ID | Activity | Amount |
|---|---|---|---|---|---|
| NWH00 | 145000 | UPMC1 | 023040 | 090010 | 3,850,688.21 |
| NWH00 | 201110 | UPMC1 | 023040 | 090010 | (385,068.82) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTAL TO BE PAID:** | | | | | $ 3,465,619.39 |

**FOR CORPORATE TREASURY USE ONLY**

| Field | Value | Field | Value |
|---|---|---|---|
| Mellon debit account | | Reference No. | 5723 |
| Bank Name | First Star Bank | Date Sent | 07/25/03 |
| Bank Address | St. Louis MO | Initials | [signature] |
| Bank ABA # or SWIFT | 081000210 | | |
| Deposit to: Payee Account No. | 1999154857 | | |
| Other Information Reference: | RRN: HBE | W-9 on File | [ ] Yes  [ ] |



Kee EXHIBIT SAR 7 4-28-05



EXHIBIT A

## APPLICATION AND CERTIFICATION FOR PAYMENT

TO OWNER:  UPMC NORTHWEST  
174 EAST BISSELL AVENUE  
OIL CITY, PA 16301

ARCHITECT: Frederick S. Scott  
RONALD L. HOLLANDER

FROM CONTRACTOR: HOSPITAL BUILDING & EQUIPMENT

PROJECT: UPMC NORTHWEST

Application No. : 18    Date : 06/27/03  
Period From  06/01/03  To  06/30/03  
Contract : OIL CITY, PA  
Invoice #  5187-18

Application is made for payment, as shown below, in connection with the contract.

1. ORIGINAL CONTRACT SUM . . . . . . . . . . . . .  49,395,000.00
2. NET CHANGE BY CHANGE ORDER . . . . . . . . .  633,999.00
3. CONTRACT SUM TO DATE . . . . . . . . . . . .  50,028,999.00
4. TOTAL COMPLETED AND STORED TO DATE . . . . .  25,791,449.08
5. RETAINAGE   a.   8.1806% of Completed Work   2,109,892.40  
   b.   0.0000% of Stored Material       0.00  
   Total Retainage . . . . . . . .  2,109,892.40
6. TOTAL EARNED LESS RETAINAGE . . . . . . . .  23,681,556.68
7. LESS PREVIOUS CERTIFICATES FOR PAYMENTS . . .  20,215,937.29
8. CURRENT PAYMENT DUE . . . . . . . . . . . . .  3,465,619.39
9. BALANCE TO FINISH, INCLUDING RETAINAGE. . . .  26,347,442.32

*OK for payment* (handwritten)

### CONTRACTOR CERTIFICATION

The undersigned Contractor certifies the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:  HOSPITAL BUILDING & EQUIPMENT  
By: _[signature]_  Date: 6/30/03

State of:  MISSOURI  
County of:  ST. LOUIS

Subscribed and sworn to before me this ___ day of _June_ 03  
Notary Public: _[signature]_  
My Commission expires: 6-22-04

### ARCHITECT CERTIFICATE FOR PAYMENT

The Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . . . . . $ 3,465,619.39

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:  
By: _[signature]_  Date: 6-30-03

APPROVED: _[signature]_  7-7-03

NWH00  145000   3,850,688.21  
201110   (8 335,068.82)

HOSPITAL BUILDING & EQUIPMENT

## PROGRESS REPORT

PROGRESS REPORT. APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. : 18  
Date : 06/27/03  
Period From 06/01/03  To  06/30/03  
Contract : OIL CITY, PA  
INVOICE #    5187-18

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | OIL CITY, PA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | SITE/EXCAVATION | 1,916,000.00 | 1,916,000.00 | 0.00 | 0.00 | 1,916,000.00 | 100.00% | 0.00 | 0.00 |
| 20 | SITE UTILITIES | 1,478,400.00 | 1,478,400.00 | 0.00 | 0.00 | 1,478,400.00 | 100.00% | 0.00 | 0.00 |
| 30 | ASPH. PAVING | 1,226,072.00 | 183,910.80 | 98,085.76 | 0.00 | 281,996.56 | 23.00% | 944,075.44 | 0.00 |
| 32 | SITE DEMOLITION | 11,800.00 | 11,800.00 | 0.00 | 0.00 | 11,800.00 | 100.00% | 0.00 | 0.00 |
| 35 | SITE SPECIALTIE | 10,840.00 | 4,336.00 | 1,084.00 | 0.00 | 5,420.00 | 50.00% | 5,420.00 | 0.00 |
| 37 | DRILLED PIERS | 88,300.00 | 88,300.00 | 0.00 | 0.00 | 88,300.00 | 100.00% | 0.00 | 0.00 |
| 40 | SITE CONCRETE | 566,000.00 | 198,100.00 | 28,300.00 | 0.00 | 226,400.00 | 40.00% | 339,600.00 | 0.00 |
| 60 | CONCRETE FORM | 912,000.00 | 912,000.00 | 0.00 | 0.00 | 912,000.00 | 100.00% | 0.00 | 0.00 |
| 70 | BUILD CONCRETE | 874,800.00 | 857,304.00 | 17,496.00 | 0.00 | 874,800.00 | 100.00% | 0.00 | 0.00 |
| 72 | CONCRETE FINISH | 230,300.00 | 225,694.00 | 4,606.00 | 0.00 | 230,300.00 | 100.00% | 0.00 | 0.00 |
| 75 | REBAR/MESH | 443,100.00 | 434,238.00 | 8,862.00 | 0.00 | 443,100.00 | 100.00% | 0.00 | 0.00 |
| 80 | CONCRETE EQUIP | 154,100.00 | 151,018.00 | 3,082.00 | 0.00 | 154,100.00 | 100.00% | 0.00 | 0.00 |
| 110 | MASONRY | 1,090,500.00 | 229,005.00 | 294,435.00 | 0.00 | 523,440.00 | 48.00% | 567,060.00 | 0.00 |
| 120 | STRUCT. STEEL | 2,849,500.00 | 2,821,005.00 | 28,495.00 | 0.00 | 2,849,500.00 | 100.00% | 0.00 | 0.00 |
| 130 | CARPENTRY | 120,000.00 | 54,000.00 | 18,000.00 | 0.00 | 72,000.00 | 60.00% | 48,000.00 | 0.00 |
| 140 | MILLWORK | 890,000.00 | 17,800.00 | 0.00 | 0.00 | 17,800.00 | 2.00% | 872,200.00 | 0.00 |
| 150 | WOOD DOORS | 214,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 214,000.00 | 0.00 |
| 160 | ROOFING/METAL | 622,500.00 | 404,625.00 | 124,500.00 | 0.00 | 529,125.00 | 85.00% | 93,375.00 | 0.00 |
| 170 | CAULK/WATERPRF | 73,000.00 | 32,850.00 | 7,300.00 | 0.00 | 40,150.00 | 55.00% | 32,850.00 | 0.00 |
| 180 | SKYLIGHTS | 38,500.00 | 1,925.00 | 0.00 | 0.00 | 1,925.00 | 5.00% | 36,575.00 | 0.00 |
| 190 | HOLLOW METAL | 197,300.00 | 37,487.00 | 21,703.00 | 0.00 | 59,190.00 | 30.00% | 138,110.00 | 0.00 |
| 200 | HARDWARE | 453,600.00 | 22,680.00 | 0.00 | 0.00 | 22,680.00 | 5.00% | 430,920.00 | 0.00 |
| 210 | EIFS | 157,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 157,900.00 | 0.00 |
| 220 | WINDOW/GLASS/EN | 711,600.00 | 21,348.00 | 0.00 | 0.00 | 21,348.00 | 3.00% | 690,252.00 | 0.00 |
| 230 | SPRAY FIREPROOF | 338,600.00 | 277,652.00 | 54,176.00 | 0.00 | 331,828.00 | 98.00% | 6,772.00 | 0.00 |
| 240 | LATH/PLASTER | 54,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 54,300.00 | 0.00 |
| 250 | DRYWALL | 2,366,600.00 | 449,654.00 | 212,994.00 | 0.00 | 662,648.00 | 28.00% | 1,703,952.00 | 0.00 |
| 260 | ACOUSTIC CEILIN | 274,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 274,000.00 | 0.00 |
| 270 | PAINTING/VWC | 428,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 428,300.00 | 0.00 |
| 290 | VCT/CARPET | 547,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 547,600.00 | 0.00 |
| 310 | CERAMIC TILE | 545,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 545,000.00 | 0.00 |
| 320 | MISC. SPECIAL | 304,100.00 | 0.00 | 76,025.00 | 0.00 | 76,025.00 | 25.00% | 228,075.00 | 0.00 |
| 330 | FOOD SERVICE | 382,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 382,900.00 | 0.00 |
| 350 | ELEVATORS | 667,800.00 | 66,780.00 | 33,390.00 | 0.00 | 100,170.00 | 15.00% | 567,630.00 | 0.00 |
| 352 | CASEWORK | 4,650.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 4,650.00 | 0.00 |
| 355 | EQUIPMENT | 76,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 76,600.00 | 0.00 |
| 380 | FURNISHINGS | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 6,000.00 | 0.00 |
| 390 | HVAC | 6,960,000.00 | 2,784,000.00 | 1,670,400.00 | 0.00 | 4,454,400.00 | 64.00% | 2,505,600.00 | 0.00 |
| 400 | PLUMBING | 2,880,000.00 | 1,008,000.00 | 460,800.00 | 0.00 | 1,468,800.00 | 51.00% | 1,411,200.00 | 0.00 |

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. : 18  Date : 06/27/03
Period From  06/01/03   To   06/30/03
Contract : OIL CITY, PA
INVOICE #    5187-18

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 410 | SPRINKLERS | 600,000.00 | 132,000.00 | 78,000.00 | 0.00 | 210,000.00 | 35.00% | 390,000.00 | 0.00 |
| 420 | ELECTRICAL | 3,752,293.00 | 637,889.81 | 412,752.23 | 0.00 | 1,050,642.04 | 28.00% | 2,701,650.96 | 0.00 |
| 430 | EMERGENCY GEN | 151,000.00 | 7,550.00 | 0.00 | 0.00 | 7,550.00 | 5.00% | 143,450.00 | 0.00 |
| 435 | MOBILIZATION | 204,400.00 | 204,400.00 | 0.00 | 0.00 | 204,400.00 | 100.00% | 0.00 | 0.00 |
| 440 | SUPERVISION | 1,113,707.00 | 442,497.31 | 41,950.61 | 0.00 | 484,447.92 | 43.50% | 629,259.08 | 0.00 |
| 450 | TEMP. FACILITIE | 1,650,000.00 | 655,575.00 | 62,151.56 | 0.00 | 717,726.56 | 43.50% | 932,273.44 | 0.00 |
| 451 | FURNISHING/EQUI | 5,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 5,000,000.00 | 0.00 |
| 452 | INT. GRAPHICS | 150,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 150,000.00 | 0.00 |
| 453 | INT SIGNAGE | 60,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 60,000.00 | 0.00 |
| 454 | OR LIGHTS | 140,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 140,000.00 | 0.00 |
| 455 | X-RAY/ROUGH-IN | 250,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 250,000.00 | 0.00 |
| 456 | LANDSCAPING IRR | 300,000.00 | 12,000.00 | 48,000.00 | 0.00 | 60,000.00 | 20.00% | 240,000.00 | 0.00 |
| 457 | SITE SIGNAGE | 110,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 110,000.00 | 0.00 |
| 458 | MAIN ENTR PLAZA | 48,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 48,000.00 | 0.00 |
| 459 | CONTROL GATES | 30,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 30,000.00 | 0.00 |
| 460 | PATIENT BED LOC | 100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 100,000.00 | 0.00 |
| 461 | A&E SERVICES | 4,198,575.00 | 4,198,575.00 | 0.00 | 0.00 | 4,198,575.00 | 100.00% | 0.00 | 0.00 |
| 470 | BOND | 370,463.00 | 370,463.00 | 0.00 | 0.00 | 370,463.00 | 100.00% | 0.00 | 0.00 |
| 1001 | OCO #1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 1002 | OCO #2 | 272,851.00 | 259,208.45 | 13,642.55 | 0.00 | 272,851.00 | 100.00% | 0.00 | 0.00 |
| 1003 | OCO #3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 1004 | OCO #4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 1005 | OCO #5 | 304,575.00 | 274,117.50 | 30,457.50 | 0.00 | 304,575.00 | 100.00% | 0.00 | 0.00 |
| 1006 | OCO #6 | 56,573.00 | 56,573.00 | 0.00 | 0.00 | 56,573.00 | 100.00% | 0.00 | 0.00 |
| | SUB TOTALS | 50,028,999.00 | 21,940,760.87 | 3,850,688.21 | 0.00 | 25,791,449.08 | 51.55% | 24,237,549.92 | 2,109,892.40 |

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. : 18    Date : 06/27/03
Period From 06/01/03  To  06/30/03
Contract : OIL CITY, PA
INVOICE #    5187-18

|  | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in Previous months by Owner | | |
| TOTAL | 633,999.00 | |
| Approved this Month | | |
| Number    Date Approved | | |
| TOTALS | | |
| Net Change by Change Orders | 633,999.00 | |



# UPMC HEALTH SYSTEM

000 1690663

Date to execute wire: October 24, 2003

**WIRE TRANSFER REQUEST FORM**  7035         **VOUCHER NO.**

NOTE: ALL INFORMATION BELOW MUST BE PROVIDED TO AVOID RETURN OF FORM

| Field | Value |
|---|---|
| Payee | Hospital Building and Equipment Company |
| First Address Line | 11330 Olive Street Road |
| Second Address Line | P.O. Box 419039 |
| City | St. Louis |
| State | MO |
| Zip Code/Foreign Country | 63141 |
| UPMCHS Employee (select one) | No (X) |
| Social Security /Tax ID # | |
| Currency Information (select one) | X US Dollars |
| Purpose of Payment | UPMC Northwest General Construction Payment - Behavioral Health Facility Application Payment # 8 |

*Stamp: ACCOUNTS PAYABLE — RECEIVED OCT 24 2003*

| Field | Value |
|---|---|
| Requested By | Greg Podany |
| Department/Building/Floor No. | Facilities Management, 207 Iroquois Building |
| Date | 10/20/2003  Phone No. 647-8592 |
| Authorized Department Signature | |
| Date | Phone No. |
| Additional Approval (if required) | |
| Date | Phone No. |

| G/L Bus Unit | Acct # | Business Unit | Project ID | Activity | Amount |
|---|---|---|---|---|---|
| NWH00 | 145000 | UPMC1 | 033209 | 090010 | 285,658.31 |
| NWH00 | 201110 | UPMC1 | 033209 | 090010 | (27,995.19) |

**TOTAL TO BE PAID:** $ 257,663.12

**FOR CORPORATE TREASURY USE ONLY**

| Field | Value |
|---|---|
| Mellon debit account | |
| Reference No. | 4748 |
| Bank Name | First Star Bank |
| Date Sent | 10/24/03 |
| Bank Address | St. Louis MO |
| Initials | |
| Bank ABA # or SWIF | 081000210 |
| Deposit to: Payee Account No. | 1999154857 |
| Other Information Reference: | RRN: HBE |
| W-9 on File | Yes |

EXHIBIT B

# APPLICATION AND CERTIFICATION FOR PAYMENT

TO OWNER:  UPMC NORTHWEST BEHAVIOR  
              HEALTH CENTER  
              OIL CITY, PA

ARCHITECT:  Frederick S. Scott

FROM CONTRACTOR:  HOSPITAL BUILDING & EQUIPMENT

PROJECT:  UPMC NORTHWEST BEHAVIOR  
           HEALTH CENTER  
           OIL CITY, PA

Application No. : 18    Date : 09/30/03  
Period From 09/01/03  To  09/30/03  
Contract : OIL CITY, PA (BEHAVIOR HEALTH)  
Invoice #   5195-7

Application is made for payment, as shown below, in connection with the contract.

| | |
|---|---:|
| 1. ORIGINAL CONTRACT SUM | 2,694,000.00 |
| 2. NET CHANGE BY CHANGE ORDER | 40,872.00 |
| 3. CONTRACT SUM TO DATE | 2,734,872.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE | 1,358,671.46 |
| 5. RETAINAGE a. 8.3791% of Completed Work | 113,844.60 |
|          b. 0.0000% of Stored Material | 0.00 |
|         Total Retainage | 113,844.60 |
| 6. TOTAL EARNED LESS RETAINAGE | 1,244,826.86 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENTS | 987,163.74 |
| 8. CURRENT PAYMENT DUE | 257,663.12 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | 1,490,045.14 |

*OK for payment* [signature]

---

CONTRACTOR CERTIFICATION

The undersigned Contractor certifies the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work, for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:  HOSPITAL BUILDING & EQUIPMENT

By: [signature]  Date 10/1/03

State of: MISSOURI  
County of: ST. LOUIS  
Subscribed and sworn to before me this 1st day of Oct 03  
Notary Public: [signature]  
My Commission expires: 6-22-04

ARCHITECT CERTIFICATE FOR PAYMENT

The Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . . $ 257,663.12

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:  
By: [signature]  Date: 9-30-03

APPROVED  CDEhninger 10.6.03



HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. : 7  Date : 09/30/03
Period From 09/01/03 To 09/30/03
Contract : OIL CITY, PA (BEHAVIOR HEALTH)
INVOICE # 5195-7

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | OIL CITY, PA (B | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 10 | EXCAVATION/BACK | 61,200.00 | 61,200.00 | 0.00 | 0.00 | 61,200.00 | 100.00% | 0.00 | 0.00 |
| 20 | SITE UTILITIES | 11,200.00 | 11,200.00 | 0.00 | 0.00 | 11,200.00 | 100.00% | 0.00 | 0.00 |
| 23 | SITE SPECALITIE | 3,990.00 | 1,396.50 | 199.50 | 0.00 | 1,596.00 | 40.00% | 2,394.00 | 0.00 |
| 26 | DRILLED PIERS | 20,980.00 | 20,980.00 | 0.00 | 0.00 | 20,980.00 | 100.00% | 0.00 | 0.00 |
| 40 | SITE CONCRETE | 12,670.00 | 2,534.00 | 1,900.50 | 0.00 | 4,434.50 | 35.00% | 8,235.50 | 0.00 |
| 70 | BUILDING CONCRE | 113,600.00 | 102,240.00 | 11,360.00 | 0.00 | 113,600.00 | 100.00% | 0.00 | 0.00 |
| 80 | CONCRETE EQUIPM | 30,500.00 | 27,450.00 | 3,050.00 | 0.00 | 30,500.00 | 100.00% | 0.00 | 0.00 |
| 85 | CONCRETE FINISH | 23,750.00 | 21,375.00 | 2,375.00 | 0.00 | 23,750.00 | 100.00% | 0.00 | 0.00 |
| 90 | FORMWORK | 191,100.00 | 181,545.00 | 9,555.00 | 0.00 | 191,100.00 | 100.00% | 0.00 | 0.00 |
| 100 | REBAR/MESH | 109,850.00 | 104,357.50 | 5,492.50 | 0.00 | 109,850.00 | 100.00% | 0.00 | 0.00 |
| 110 | MASONRY | 242,500.00 | 0.00 | 36,375.00 | 0.00 | 36,375.00 | 15.00% | 206,125.00 | 0.00 |
| 120 | STRUCTURAL/MISC | 119,000.00 | 115,430.00 | 3,570.00 | 0.00 | 119,000.00 | 100.00% | 0.00 | 0.00 |
| 130 | CARPENTRY | 7,900.00 | 2,765.00 | 395.00 | 0.00 | 3,160.00 | 40.00% | 4,740.00 | 0.00 |
| 140 | MILLWORK | 42,600.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 42,600.00 | 0.00 |
| 150 | WOOD DOORS | 20,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 20,500.00 | 0.00 |
| 160 | ROOFING/SHEET M | 129,000.00 | 0.00 | 64,500.00 | 0.00 | 64,500.00 | 50.00% | 64,500.00 | 0.00 |
| 170 | CAULK/WATERPROO | 6,900.00 | 4,830.00 | 0.00 | 0.00 | 4,830.00 | 70.00% | 2,070.00 | 0.00 |
| 190 | HOLLOW METAL | 15,850.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 15,850.00 | 0.00 |
| 200 | HARDWARE | 37,950.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 37,950.00 | 0.00 |
| 220 | WINDOW/GLASS/EN | 50,900.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 50,900.00 | 0.00 |
| 230 | SPRAY FIREPROOF | 3,100.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 3,100.00 | 0.00 |
| 250 | DRYWALL | 267,950.00 | 0.00 | 85,744.00 | 0.00 | 85,744.00 | 32.00% | 182,206.00 | 0.00 |
| 260 | ACOUSTIC CEILIN | 16,200.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 16,200.00 | 0.00 |
| 270 | PAINTING & VWC | 29,700.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 29,700.00 | 0.00 |
| 290 | RESILIENT FLOOR | 25,400.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 25,400.00 | 0.00 |
| 310 | CERAMIC TILE | 29,550.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 29,550.00 | 0.00 |
| 320 | MISC. SPECIALTI | 39,950.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 39,950.00 | 0.00 |
| 340 | EQUIPMENT | 17,540.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 17,540.00 | 0.00 |
| 390 | HVAC | 350,400.00 | 70,080.00 | 7,008.00 | 0.00 | 77,088.00 | 22.00% | 273,312.00 | 0.00 |
| 400 | PLUMBING | 138,000.00 | 30,360.00 | 16,560.00 | 0.00 | 46,920.00 | 34.00% | 91,080.00 | 0.00 |
| 410 | SPRINKLERS | 36,000.00 | 0.00 | 16,200.00 | 0.00 | 16,200.00 | 45.00% | 19,800.00 | 0.00 |
| 420 | ELECTRICAL | 158,600.00 | 7,930.00 | 15,860.00 | 0.00 | 23,790.00 | 15.00% | 134,810.00 | 0.00 |
| 430 | EMERGENCY ELECT | 2,550.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 2,550.00 | 0.00 |
| 440 | SUPERVISION | 36,411.00 | 14,604.86 | 1,982.38 | 0.00 | 16,587.24 | 45.56% | 19,823.76 | 0.00 |
| 450 | TEMPORARY FACIL | 35,780.00 | 14,351.75 | 1,948.02 | 0.00 | 16,299.77 | 45.56% | 19,480.23 | 0.00 |
| 460 | ARCHIT. PLANS | 228,990.00 | 211,572.54 | 1,583.41 | 0.00 | 213,155.95 | 93.09% | 15,834.05 | 0.00 |
| 470 | INSURANCE/BOND | 25,939.00 | 25,939.00 | 0.00 | 0.00 | 25,939.00 | 100.00% | 0.00 | 0.00 |
| 1001 | OCO #1 | 40,872.00 | 40,872.00 | 0.00 | 0.00 | 40,872.00 | 100.00% | 0.00 | 0.00 |
| 1030 | OCO #3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 0.00 | 0.00 |

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. :   7        Date :  09/30/03
Period From  09/01/03   To   09/30/03
Contract : OIL CITY, PA (BEHAVIOR HEALTH)
INVOICE #    5195-7

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | SUB TOTALS | 2,734,872.00 | 1,073,013.15 | 285,658.31 | 0.00 | 1,358,671.46 | 49.68% | 1,376,200.54 | 113,844.60 |

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. :   7       Date :  09/30/03
Period From  09/01/03   To   09/30/03
Contract :  OIL CITY, PA (BEHAVIOR HEALTH)
INVOICE #     5195-7

|  | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in Previous months by Owner | | |
| TOTAL | 40,872.00 | |
| Approved this Month Number   Date Approved | | |
| TOTALS | | |
| Net Change by Change Orders | 40,872.00 | |



UPMC Health System
# UPMC *Passavant*
9100 Babcock Boulevard, Pittsburgh, PA 15237
Department of Facilities Development
412-367-6637

# Letter of Transmittal

| Date: | October 3, 2003 | Project No: | 033209 |
|---|---|---|---|
| Attention: | Mr. Eric Cartwright | | |
| To: | UPMC Health System | | |
| | Forbes Tower | | |
| | 3600 Forbes Avenue | | |
| | Pittsburgh, PA 15213 | | |
| Re: | HBE Application for Payment | | |
| | UPMC Northwest Behavioral Health Facility | | |

**RECEIVED OCT - 8 2003 Facilities & Construction**

| Quan. | Date | No | Description | |
|---|---|---|---|---|
| 1 | 09/30/03 | 5195-7 | HOSPITAL BUILDING & EQUIPMENT COMPANY | $257,663.12 |
| | | | APPLICATION FOR PAYMENT #7 | |
| | | | INVOICE #5195-7 | |
| | | | PROJECT ID: 033209 | |

Eric,

I have reviewed the attached invoice and recommend this invoice for approval and payment.

Thanks,

George

Signed: George D. Ehringer, AIA
c: John Williams, UPMCNW
Project File

**Attached:**
☒ Originals  ☐ Copies
☐ Prints  ☐ Submittals
☐ Specifications  ☐ Computer Disks

**Transmitted:**
☒ For Approval  ☐ For Your Use
☐ As Requested  ☐ For Review and Comment

**Transmitted by:**
☒ Mail  ☐ Express Delivery (morning)
☐ Hand Delivery  ☐ Express Delivery (afternoon)

If enclosures are not as noted, please inform us immediately.