

# UPMC HEALTH SYSTEM

**WIRE TRANSFER REQUEST FORM**   9140

Date to execute: 0002202067

VOUCHER NO.

NOTE: ALL INFORMATION BELOW MUST BE PROVIDED TO AVOID RETURN OF FORM

| Field | Value |
|---|---|
| Payee | Hospital Building and Equipment Company |
| First Address Line | 11330 Olive Street Road |
| Second Address Line | P.O. Box 419039 |
| City | St. Louis |
| State | MO |
| Zip Code/Foreign Country | 63141 |
| UPMCHS Employee (select one) | ☐ Yes   ☐ No |
| Social Security /Tax ID # | |
| Currency Information (select one) | [x] US Dollars   ☐ Foreign  (type) ___ |
| Purpose of Payment | Per attached Application for Payment # 36 |
| Requested By | Greg Podany |
| Department/Building/Floor No. | Facilities Management, Iroquois Suite 207 |
| Date | 12/01/2004   Phone No. 412-647-8592 |
| Authorized Department Signature | |
| Date | Phone No. |
| Additional Approval (if required) | |
| Date | Phone No. |

| G/L BU: | Account # | Projects BU | Project ID | Activity | Amount |
|---|---|---|---|---|---|
| NWH00 | 145000 | UPMC1 | 023040 | 090010 | 483,698.28 |
| NWH00 | 201110 | UPMC1 | 023040 | 090010 | 2,117,191.85 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**TOTAL TO BE PAID:**   $ 2,600,890.13

**FOR CORPORATE TREASURY USE ONLY**

| Field | Value |
|---|---|
| Mellon debit account | |
| Reference No. | 6583 |
| Bank Name | First Star Bank |
| Date Sent | 12/06/04 |
| Bank Address | St. Louis MO |
| Initials | |
| Bank ABA # or SWIFT | 081000210 |
| Deposit to: Payee Account No. | 1999154857 |
| Other Information Reference: | RRN: HBE |
| W-9 on File | Yes |

EXHIBIT 5   Kee
EXHIBIT APPENDIX C

PASS. FAC. DEVEL.    Fax:412-367-5400    Dec 2 '04   16:17    P.02

## APPLICATION AND CERTIFICATION FOR PAYMENT

TO OWNER: UPMC NORTHWEST
174 EAST BISSELL AVENUE
OIL CITY, PA 16301

ARCHITECT: Frederick S. Scott
RONALD L. HOLLANDER

FROM CONTRACTOR: HOSPITAL BUILDING & EQUIPMENT

PROJECT: UPMC NORTHWEST

Application No.: 36    Date: 11/04/04
Period From 10/01/04 To 10/31/04
Contract : OIL CITY, PA
Invoice # 5187-36

Application is made for payment, as shown below, in connection with the contract.

1. ORIGINAL CONTRACT SUM . . . . . . . . . . . . . 49,385,000.00
2. NET CHANGE BY CHANGE ORDER . . . . . . . . .  2,157,725.00
3. CONTRACT SUM TO DATE . . . . . . . . . . . . . 51,542,412.00
4. TOTAL COMPLETED AND STORED TO DATE . . . . . 48,256,010.40
5. RETAINAGE  a.  0.5181% of Completed Work   250,000.00
              b.  0.0000% of Stored Material     0.00
              Total Retainage . . . . . . . .  250,000.00
6. TOTAL EARNED LESS RETAINAGE . . . . . . . . . 48,006,010.40
7. LESS PREVIOUS CERTIFICATES FOR PAYMENTS . . . 45,405,120.27
8. CURRENT PAYMENT DUE . . . . . . . . . . . . .  2,600,890.13
9. BALANCE TO FINISH, INCLUDING RETAINAGE . . . . 3,536,401.60

### CONTRACTOR CERTIFICATION

The undersigned Contractor certifies the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: HOSPITAL BUILDING & EQUIPMENT
By: _____ Date: 11/4/04

State of: MISSOURI
County of: ST. LOUIS

Subscribed and sworn to before me this ____ day of Nov 04
Notary Public: _____
My Commission expires: 6-22-08

### ARCHITECT CERTIFICATE FOR PAYMENT

The Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . $ 2,600,890.13

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: _____ Date: 11-04-04

OK TO PAY [signature]

APPROVED FOR PAYMENT:
ED Ehrmger 12-1-2004

*This request for payment replaces invoice # 35 dtd 10/00/04 and invoice # 36 dtd 11/04/04*

HOSPITAL BUILDING & EQUIPMENT

## PROGRESS REPORT

PROGRESS REPORT. APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. : 36   Date : 11/04/04
Period From 10/01/04  To  10/31/04
Contract : OIL CITY, PA
INVOICE # 5187-36

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | OIL CITY, PA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | SITE/EXCAVATION | 1,916,000.00 | 1,916,000.00 | 0.00 | 0.00 | 1,916,000.00 | 100.00% | 0.00 | 0.00 |
| 20 | SITE UTILITIES | 1,478,400.00 | 1,478,400.00 | 0.00 | 0.00 | 1,478,400.00 | 100.00% | 0.00 | 0.00 |
| 30 | ASPH. PAVING | 1,226,072.00 | 1,201,550.56 | 24,521.44 | 0.00 | 1,226,072.00 | 100.00% | 0.00 | 0.00 |
| 32 | SITE DEMOLITION | 11,800.00 | 11,800.00 | 0.00 | 0.00 | 11,800.00 | 100.00% | 0.00 | 0.00 |
| 38 | SITE SPECIALTIE | 10,840.00 | 10,840.00 | 0.00 | 0.00 | 10,840.00 | 100.00% | 0.00 | 0.00 |
| 37 | DRILLED PIERS | 88,300.00 | 88,300.00 | 0.00 | 0.00 | 88,300.00 | 100.00% | 0.00 | 0.00 |
| 40 | SITE CONCRETE | 565,000.00 | 565,000.00 | 0.00 | 0.00 | 565,000.00 | 100.00% | 0.00 | 0.00 |
| 60 | CONCRETE FORM | 912,000.00 | 912,000.00 | 0.00 | 0.00 | 912,000.00 | 100.00% | 0.00 | 0.00 |
| 70 | BUILD CONCRETE | 874,800.00 | 874,800.00 | 0.00 | 0.00 | 874,800.00 | 100.00% | 0.00 | 0.00 |
| 72 | CONCRETE FINISH | 230,300.00 | 230,300.00 | 0.00 | 0.00 | 230,300.00 | 100.00% | 0.00 | 0.00 |
| 75 | REBAR/MESH | 443,100.00 | 443,100.00 | 0.00 | 0.00 | 443,100.00 | 100.00% | 0.00 | 0.00 |
| 80 | CONCRETE EQUIP | 154,100.00 | 154,100.00 | 0.00 | 0.00 | 154,100.00 | 100.00% | 0.00 | 0.00 |
| 110 | MASONRY | 1,090,500.00 | 1,090,500.00 | 0.00 | 0.00 | 1,090,500.00 | 100.00% | 0.00 | 0.00 |
| 120 | STRUCT. STEEL | 2,849,500.00 | 2,849,500.00 | 0.00 | 0.00 | 2,849,500.00 | 100.00% | 0.00 | 0.00 |
| 130 | CARPENTRY | 120,000.00 | 120,000.00 | 0.00 | 0.00 | 120,000.00 | 100.00% | 0.00 | 0.00 |
| 140 | MILLWORK | 890,000.00 | 890,000.00 | 0.00 | 0.00 | 890,000.00 | 100.00% | 0.00 | 0.00 |
| 150 | WOOD DOORS | 214,000.00 | 214,000.00 | 0.00 | 0.00 | 214,000.00 | 100.00% | 0.00 | 0.00 |
| 160 | ROOFING/METAL | 622,500.00 | 622,500.00 | 0.00 | 0.00 | 622,500.00 | 100.00% | 0.00 | 0.00 |
| 170 | CAULK/WATERPRF | 73,000.00 | 73,000.00 | 0.00 | 0.00 | 73,000.00 | 100.00% | 0.00 | 0.00 |
| 180 | SKYLIGHTS | 38,500.00 | 38,500.00 | 0.00 | 0.00 | 38,500.00 | 100.00% | 0.00 | 0.00 |
| 190 | HOLLOW METAL | 197,300.00 | 197,300.00 | 0.00 | 0.00 | 197,300.00 | 100.00% | 0.00 | 0.00 |
| 200 | HARDWARE | 453,600.00 | 453,600.00 | 0.00 | 0.00 | 453,600.00 | 100.00% | 0.00 | 0.00 |
| 210 | EIFS | 157,900.00 | 157,900.00 | 0.00 | 0.00 | 157,900.00 | 100.00% | 0.00 | 0.00 |
| 220 | WINDOW/GLASS/EN | 711,600.00 | 711,600.00 | 0.00 | 0.00 | 711,600.00 | 100.00% | 0.00 | 0.00 |
| 230 | SPRAY FIREPROOF | 338,600.00 | 338,600.00 | 0.00 | 0.00 | 338,600.00 | 100.00% | 0.00 | 0.00 |
| 240 | LATH/PLASTER | 54,300.00 | 54,300.00 | 0.00 | 0.00 | 54,300.00 | 100.00% | 0.00 | 0.00 |
| 250 | DRYWALL | 2,366,600.00 | 2,366,600.00 | 0.00 | 0.00 | 2,366,600.00 | 100.00% | 0.00 | 0.00 |
| 260 | ACOUSTIC CEILIN | 274,000.00 | 274,000.00 | 0.00 | 0.00 | 274,000.00 | 100.00% | 0.00 | 0.00 |
| 270 | PAINTING/WVC | 428,300.00 | 428,300.00 | 0.00 | 0.00 | 428,300.00 | 100.00% | 0.00 | 0.00 |
| 290 | VCT/CARPET | 547,600.00 | 547,600.00 | 0.00 | 0.00 | 547,600.00 | 100.00% | 0.00 | 0.00 |
| 310 | CERAMIC TILE | 545,000.00 | 545,000.00 | 0.00 | 0.00 | 545,000.00 | 100.00% | 0.00 | 0.00 |
| 320 | MISC. SPECIAL | 304,100.00 | 304,100.00 | 0.00 | 0.00 | 304,100.00 | 100.00% | 0.00 | 0.00 |
| 330 | FOOD SERVICE | 382,900.00 | 382,900.00 | 0.00 | 0.00 | 382,900.00 | 100.00% | 0.00 | 0.00 |
| 350 | ELEVATORS | 667,800.00 | 667,800.00 | 0.00 | 0.00 | 667,800.00 | 100.00% | 0.00 | 0.00 |
| 352 | CASEWORK | 4,650.00 | 4,650.00 | 0.00 | 0.00 | 4,650.00 | 100.00% | 0.00 | 0.00 |
| 358 | EQUIPMENT | 76,600.00 | 76,600.00 | 0.00 | 0.00 | 76,600.00 | 100.00% | 0.00 | 0.00 |
| 380 | FURNISHINGS | 6,000.00 | 6,000.00 | 0.00 | 0.00 | 6,000.00 | 100.00% | 0.00 | 0.00 |
| 390 | HVAC | 6,960,000.00 | 6,960,000.00 | 0.00 | 0.00 | 6,960,000.00 | 100.00% | 0.00 | 0.00 |
| 400 | PLUMBING | 2,880,000.00 | 2,880,000.00 | 0.00 | 0.00 | 2,880,000.00 | 100.00% | 0.00 | 0.00 |

PASS. FAC. DEVEL.            Fax:412-367-5400            Dec  2 '04   16:18    P.04

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing  Application No. : 36     Date : 11/04/04
Contractor's signed Certification is attached.                         Period From 10/01/04  To  10/31/04
                                                                       Contract : OIL CITY, PA
                                                                       INVOICE # 5187-36

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 410 | SPRINKLERS | 600,000.00 | 600,000.00 | 0.00 | 0.00 | 600,000.00 | 100.00% | 0.00 | 0.00 |
| 420 | ELECTRICAL | 3,752,293.00 | 3,752,293.00 | 0.00 | 0.00 | 3,752,293.00 | 100.50% | 0.00 | 0.00 |
| 430 | EMERGENCY GEN | 151,000.00 | 151,000.00 | 0.00 | 0.00 | 151,000.00 | 100.00% | 0.00 | 0.00 |
| 435 | MOBILIZATION | 204,400.00 | 204,400.00 | 0.00 | 0.00 | 204,400.00 | 100.00% | 0.00 | 0.00 |
| 440 | SUPERVISION | 1,113,707.00 | 1,051,301.11 | 20,801.96 | 0.00 | 1,072,103.07 | 96.26% | 41,603.93 | 0.03 |
| 450 | TEMP. FACILITIE | 1,650,000.00 | 1,557,600.00 | 30,877.00 | 0.00 | 1,588,477.00 | 96.27% | 61,523.00 | 0.00 |
| 451 | FURNISHING/EQUI | 5,000,000.00 | 2,012,328.00 | 251,885.00 | 0.00 | 2,264,213.00 | 45.28% | 2,735,787.00 | 0.00 |
| 452 | INT. GRAPHICS | 150,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 150,000.00 | 0.00 |
| 453 | INT SIGNAGE | 60,000.00 | 60,000.00 | 0.00 | 0.00 | 60,000.00 | 100.00% | 0.00 | 0.00 |
| 454 | OR LIGHTS | 140,000.00 | 140,000.00 | 0.00 | 0.00 | 140,000.00 | 100.00% | 0.00 | 0.00 |
| 455 | X-RAY/ROUGH-IN | 250,000.00 | 250,000.00 | 0.00 | 0.00 | 250,000.00 | 100.00% | 0.00 | 0.00 |
| 456 | LANDSCAPING IRR | 300,000.00 | 105,000.00 | 0.00 | 0.00 | 105,000.00 | 35.00% | 195,000.00 | 0.00 |
| 457 | SITE SIGNAGE | 110,000.00 | 99,000.00 | 0.00 | 0.00 | 99,000.00 | 90.00% | 11,000.00 | 0.00 |
| 458 | MAIN ENTR PLAZA | 48,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 48,000.00 | 0.00 |
| 459 | CONTROL GATES | 30,000.00 | 30,000.00 | 0.00 | 0.00 | 30,000.00 | 100.00% | 0.00 | 0.00 |
| 460 | PATIENT BED LOC | 100,000.00 | 100,000.00 | 0.00 | 0.00 | 100,000.00 | 100.00% | 0.00 | 0.00 |
| 461 | A&E SERVICES | 4,198,575.00 | 4,198,575.00 | 0.00 | 0.00 | 4,198,575.00 | 100.00% | 0.00 | 0.00 |
| 470 | BOND | 370,463.00 | 370,463.00 | 0.00 | 0.00 | 370,463.00 | 100.00% | 0.00 | 0.00 |
| 1001 | OCO #1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 1002 | OCO #2 | 272,851.00 | 272,851.00 | 0.00 | 0.00 | 272,851.00 | 100.00% | 0.00 | 0.00 |
| 1003 | OCO #3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 1004 | OCO #4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 1005 | OCO #5 | 304,575.00 | 304,575.00 | 0.00 | 0.00 | 304,575.00 | 100.00% | 0.00 | 0.00 |
| 1006 | OCO #6 | 56,573.00 | 56,573.00 | 0.00 | 0.00 | 56,573.00 | 100.00% | 0.00 | 0.00 |
| 1007 | OCO #7R1 | 89,827.00 | 89,827.00 | 0.00 | 0.00 | 89,827.00 | 100.00% | 0.00 | 0.00 |
| 1008 | OCO #8 | -82,738.00 | -82,738.00 | 0.00 | 0.00 | -82,738.00 | 100.00% | 0.00 | 0.00 |
| 1009 | OWNER CHANGE OR | -30,000.00 | -30,000.00 | 0.00 | 0.00 | -30,000.00 | 100.00% | 0.00 | 0.00 |
| 1010 | OWNER CHANGE OR | -13,588.00 | -13,588.00 | 0.00 | 0.00 | -13,588.00 | 100.00% | 0.00 | 0.00 |
| 1011 | OCO #11 | 59,724.00 | 59,724.00 | 0.00 | 0.00 | 59,724.00 | 100.00% | 0.00 | 0.00 |
| 1012 | OCO #12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 1013 | OCO #13 | 390,675.00 | 390,675.00 | 0.00 | 0.00 | 390,675.00 | 100.00% | 0.00 | 0.00 |
| 1014 | OCO #14 | 23,329.00 | 23,329.00 | 0.00 | 0.00 | 23,329.00 | 100.00% | 0.00 | 0.00 |
| 1015 | OCO #15 | 34,935.00 | 34,935.00 | 0.00 | 0.00 | 34,935.00 | 100.00% | 0.00 | 0.00 |
| 1016 | OCO #16 | 332,031.00 | 332,031.00 | 0.00 | 0.00 | 332,031.00 | 100.00% | 0.00 | 0.00 |
| 1017 | OCO #17 | 228,624.00 | 160,036.80 | 36,579.84 | 0.00 | 196,616.64 | 86.00% | 32,007.36 | 0.00 |
| 1018 | OCO #18 | 382,677.00 | 267,873.90 | 103,322.79 | 0.00 | 371,196.69 | 97.00% | 11,480.31 | 0.00 |
| 1019 | OCO #19 | 76,970.00 | 76,970.00 | 0.00 | 0.00 | 76,970.00 | 100.00% | 0.00 | 0.00 |
| 1020 | OCO #20 | 20,947.00 | 5,236.75 | 15,710.25 | 0.00 | 20,947.00 | 100.00% | 0.00 | 0.00 |
| 1077 | TEST | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | SUB TOTALS | 51,542,412.00 | 47,772,312.12 | 483,698.28 | 0.00 | 48,256,010.40 | 93.62% | 3,286,401.60 | 250,000.00 |

PASS. FAC. DEVEL.          Fax:412-367-5400          Dec 2 '04  16:19          P.05

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT. APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. : 36   Date : 11/04/04
Period From 10/01/04 To 10/31/04
Contract : OIL CITY, PA
INVOICE # 5187-36

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|

PASS. FAC. DEVEL.    Fax:412-367-5400    Dec  2 '04  16:19    P.06

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. : 36    Date : 11/04/04
Period From  10/01/04  To  10/31/04
Contract : OIL CITY, PA
INVOICE #    5187-36

|  | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in Previous months by Owner | | |
| TOTAL | 2,157,725.00 | |
| Approved this Month | | |
| Number    Date Approved | | |
| TOTALS | | |
| Net Change by Change Orders | 2,157,725.00 | |

TOTAL P.006