

# UPMC HEALTH SYSTEM

Date to execute \ **10/28/04**

**WIRE TRANSFER REQUEST FORM**                     8970        OO 2122160    VOUCHER NO.

**NOTE: ALL INFORMATION BELOW MUST BE PROVIDED TO AVOID RETURN OF FORM**

Payee              Hospital Building and Equipment Company

First Address Line   11330 Olive Street Road

Second Address Lir P.O. Box 419039

City               St. Louis

State              MO

Zip Code/Foreign Country      63141

UPMCHS Employee (select one)    [ ] Yes      [ ] No

Social Security /Tax ID #

Currency Information (select one)   [ x ] US Dollars   [ ] Foreign      (type) _____

Purpose of Payment          Per attached Application for Payment #20

Requested By     Greg Podany

Department/Building/Floor No.    Facilities Management , Iroquois Suite 207

Date          10/20/2004 Phone No.      412-647-8592

Authorized Department Signature

Date          Phone No.

Additional Approval (if required)

Date          Phone No.

| G/L BU: | Account # | Projects BU | Project ID | Activity | Amount |
|---------|-----------|-------------|------------|----------|--------|
| NWH00 | 145000 | UPMC1 | 033209 | 090010 | 7,402.49 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**TOTAL TO BE PAID:**                                        $  7,402.49

**FOR CORPORATE TREASURY USE  ONLY**

Mellon debit account                          Reference No.          13917

Bank Name      First Star Bank                 Date Sent        10/28/04

Bank Address     St. Louis MO                  Initials

Bank ABA # or SWIF 081000210
Deposit to:
Payee Account No.    1999154857

Other Information    RRN: HBE              W-9 on File   [ ] Yes   [ ]
Reference:



Kee
EXHIBIT SPB
6          9-28-0

EXHIBIT
APPENDIX
D

APPLICATION AND CERTIFICATION FOR PAYMENT

RECEIVED

OCT 0 4 2004

FIELD OFFICE

TO OWNER:       UPMC NORTHWEST BEHAVIOR  033209          ARCHITECT:  Frederick S. Scott
.HEALTH CENTER
OIL CITY, PA

FROM CONTRACTOR:   HOSPITAL BUILDING & EQUIPMENT

PROJECT:        UPMC NORTHWEST BEHAVIOR              Application No. : 20 18      Date :  10/01/04
                HEALTH CENTER                        Period From  09/01/04   To   09/30/04
                OIL CITY, PA                         Contract : OIL CITY, PA
                                                     Invoice #   5195-19

Application is made for payment, as shown below, in connection with the contract.

```
1. ORIGINAL CONTRACT SUM . . . . . . . . . . .      2,694,000.00
2. NET CHANGE BY CHANGE ORDER  . . . . . . . .        111,433.00
3. CONTRACT SUM TO DATE . . . . . . . . . . .       2,805,433.00
4. TOTAL COMPLETED AND STORED TO DATE . . . . .     2,805,433.00
5. RETAINAGE  a.     4.5425% of Completed Work       127,437.45
              b.     0.0000% of Stored Material           0.00
                     Total Retainage . . . . . . . .    127,437.45
6. TOTAL EARNED LESS RETAINAGE . . . . . . . .      2,677,995.55
7. LESS PREVIOUS CERTIFICATES FOR PAYMENTS . . .    2,670,593.06
8. CURRENT PAYMENT DUE . . . . . . . . . . . .          7,402.49
9. BALANCE TO FINISH, INCLUDING RETAINAGE. . . . . .  127,437.45
```

CONTRACTOR CERTIFICATION
. . . . . . . . . . . . . . . . . . . . .

The undersigned Contractor certifies the Work covered by this
Application for Payment has been completed in accordance
with the Contract Documents, that all amounts have been paid
by the Contractor for Work for which previous Certificates
for Payment were issued and payments received from the
Owner, and that current payment shown herein is now due.

CONTRACTOR:         HOSPITAL BUILDING & EQUIPMENT

By: _____     Date: 10/1/04

State of:       MISSOURI
County of:      ST. LOUIS

Subscribed and sworn to before
me this  1st      day of Oct 04
Notary Public: _____
My Commission expires:  6-22-06

ARCHITECT CERTIFICATE FOR PAYMENT
. . . . . . . . . . . . . . . . . . . . . . .

The Architect certifies to the Owner that to the best
of the Architect's knowledge, information and belief
the Work has progressed as indicated, the quality
of the Work is in accordance with the Contract
Documents, and the Contractor is entitled to payment
of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . . . . $    7,402.49

(Attach explanation if amount certified differs from the
amount applied for.  Initial all figures on this Application
and on the Continuation Sheet that are changed to conform to
the amount certified.)

ARCHITECT:

By: _____   Date: 10-1-04

ok to pay

for G Williams    10-12-04



HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

Application No. : 19        Date : 10/01/04
Period From  09/01/04   To   09/30/04
Contract : OIL CITY, PA
INVOICE #    5195-19

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | OIL CITY, PA (B | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | EXCAVATION/BACK | 61,200.00 | 61,200.00 | 0.00 | 0.00 | 61,200.00 | 100.00% | 0.00 | 0.00 |
| 20 | SITE UTILITIES | 11,200.00 | 11,200.00 | 0.00 | 0.00 | 11,200.00 | 100.00% | 0.00 | 0.00 |
| 23 | SITE SPECALITIE | 3,990.00 | 3,990.00 | 0.00 | 0.00 | 3,990.00 | 100.00% | 0.00 | 0.00 |
| 26 | DRILLED PIERS | 20,980.00 | 20,980.00 | 0.00 | 0.00 | 20,980.00 | 100.00% | 0.00 | 0.00 |
| 40 | SITE CONCRETE | 12,670.00 | 12,670.00 | 0.00 | 0.00 | 12,670.00 | 100.00% | 0.00 | 0.00 |
| 70 | BUILDING CONCRE | 113,600.00 | 113,600.00 | 0.00 | 0.00 | 113,600.00 | 100.00% | 0.00 | 0.00 |
| 80 | CONCRETE EQUIPM | 30,500.00 | 30,500.00 | 0.00 | 0.00 | 30,500.00 | 100.00% | 0.00 | 0.00 |
| 85 | CONCRETE FINISH | 23,750.00 | 23,750.00 | 0.00 | 0.00 | 23,750.00 | 100.00% | 0.00 | 0.00 |
| 90 | FORMWORK | 191,100.00 | 191,100.00 | 0.00 | 0.00 | 191,100.00 | 100.00% | 0.00 | 0.00 |
| 100 | REBAR/MESH | 109,850.00 | 109,850.00 | 0.00 | 0.00 | 109,850.00 | 100.00% | 0.00 | 0.00 |
| 110 | MASONRY | 242,500.00 | 242,500.00 | 0.00 | 0.00 | 242,500.00 | 100.00% | 0.00 | 0.00 |
| 120 | STRUCTURAL/MISC | 119,000.00 | 119,000.00 | 0.00 | 0.00 | 119,000.00 | 100.00% | 0.00 | 0.00 |
| 130 | CARPENTRY | 7,900.00 | 7,900.00 | 0.00 | 0.00 | 7,900.00 | 100.00% | 0.00 | 0.00 |
| 140 | MILLWORK | 42,600.00 | 42,600.00 | 0.00 | 0.00 | 42,600.00 | 100.00% | 0.00 | 0.00 |
| 150 | WOOD DOORS | 20,500.00 | 20,500.00 | 0.00 | 0.00 | 20,500.00 | 100.00% | 0.00 | 0.00 |
| 160 | ROOFING/SHEET M | 129,000.00 | 129,000.00 | 0.00 | 0.00 | 129,000.00 | 100.00% | 0.00 | 0.00 |
| 170 | CAULK/WATERPROO | 6,900.00 | 6,900.00 | 0.00 | 0.00 | 6,900.00 | 100.00% | 0.00 | 0.00 |
| 190 | HOLLOW METAL | 15,850.00 | 15,850.00 | 0.00 | 0.00 | 15,850.00 | 100.00% | 0.00 | 0.00 |
| 200 | HARDWARE | 37,950.00 | 37,950.00 | 0.00 | 0.00 | 37,950.00 | 100.00% | 0.00 | 0.00 |
| 220 | WINDOW/GLASS/EN | 50,900.00 | 50,900.00 | 0.00 | 0.00 | 50,900.00 | 100.00% | 0.00 | 0.00 |
| 230 | SPRAY FIREPROOF | 3,100.00 | 3,100.00 | 0.00 | 0.00 | 3,100.00 | 100.00% | 0.00 | 0.00 |
| 250 | DRYWALL | 267,950.00 | 267,950.00 | 0.00 | 0.00 | 267,950.00 | 100.00% | 0.00 | 0.00 |
| 260 | ACOUSTIC CEILIN | 16,200.00 | 16,200.00 | 0.00 | 0.00 | 16,200.00 | 100.00% | 0.00 | 0.00 |
| 270 | PAINTING & VWC | 29,700.00 | 29,700.00 | 0.00 | 0.00 | 29,700.00 | 100.00% | 0.00 | 0.00 |
| 290 | RESILIENT FLOOR | 25,400.00 | 25,400.00 | 0.00 | 0.00 | 25,400.00 | 100.00% | 0.00 | 0.00 |
| 310 | CERAMIC TILE | 29,550.00 | 29,550.00 | 0.00 | 0.00 | 29,550.00 | 100.00% | 0.00 | 0.00 |
| 320 | MISC. SPECIALTI | 39,950.00 | 39,950.00 | 0.00 | 0.00 | 39,950.00 | 100.00% | 0.00 | 0.00 |
| 340 | EQUIPMENT | 17,540.00 | 17,540.00 | 0.00 | 0.00 | 17,540.00 | 100.00% | 0.00 | 0.00 |
| 390 | HVAC | 350,400.00 | 350,400.00 | 0.00 | 0.00 | 350,400.00 | 100.00% | 0.00 | 0.00 |
| 400 | PLUMBING | 138,000.00 | 138,000.00 | 0.00 | 0.00 | 138,000.00 | 100.00% | 0.00 | 0.00 |
| 410 | SPRINKLERS | 36,000.00 | 36,000.00 | 0.00 | 0.00 | 36,000.00 | 100.00% | 0.00 | 0.00 |
| 420 | ELECTRICAL | 158,600.00 | 158,600.00 | 0.00 | 0.00 | 158,600.00 | 100.00% | 0.00 | 0.00 |
| 430 | EMERGENCY ELECT | 2,550.00 | 2,550.00 | 0.00 | 0.00 | 2,550.00 | 100.00% | 0.00 | 0.00 |
| 440 | SUPERVISION | 36,411.00 | 34,772.70 | 1,638.30 | 0.00 | 36,411.00 | 100.00% | 0.00 | 0.00 |
| 450 | TEMPORARY FACIL | 35,780.00 | 34,169.90 | 1,610.10 | 0.00 | 35,780.00 | 100.00% | 0.00 | 0.00 |
| 460 | ARCHIT. PLANS | 228,990.00 | 226,590.91 | 2,399.09 | 0.00 | 228,990.00 | 100.00% | 0.00 | 0.00 |
| 470 | INSURANCE/BOND | 25,939.00 | 25,939.00 | 0.00 | 0.00 | 25,939.00 | 100.00% | 0.00 | 0.00 |
| 1001 | OCO #1 | 40,872.00 | 40,872.00 | 0.00 | 0.00 | 40,872.00 | 100.00% | 0.00 | 0.00 |
| 1002 | OCO #2 | 67,339.00 | 67,339.00 | 0.00 | 0.00 | 67,339.00 | 100.00% | 0.00 | 0.00 |

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

Application No. : 19    Date : 10/01/04
Period From 09/01/04   To   09/30/04
Contract : OIL CITY, PA
INVOICE #    5195-19

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1003 | OCO #3 | 1,467.00 | 1,467.00 | 0.00 | 0.00 | 1,467.00 | 100.00% | 0.00 | 0.00 |
| 1004 | OCO #4 | 1,755.00 | 0.00 | 1,755.00 | 0.00 | 1,755.00 | 100.00% | 0.00 | 0.00 |
| 1030 | OCO #3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | SUB TOTALS | 2,805,433.00 | 2,798,030.51 | 7,402.49 | 0.00 | 2,805,433.00 | 100.00% | 0.00 | 127,437.45 |

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT. APPLICATION AND CERTIFICATE FOR PAYMENT.  containing
Contractor's signed Certification is attached.

Application No. :  19      Date :  10/01/04
Period From  09/01/04   To   09/30/04
Contract :  OIL CITY, PA
INVOICE #    5195-19

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in Previous months by Owner | | |
| TOTAL | 109,678.00 | |

Approved this Month
Number      Date Approved

| Number | Date Approved | | |
|---|---|---|---|
| 1004 | 09/01/04 | 1,755.00 | |
| | TOTALS | 1,755.00 | |
| Net Change by Change Orders | | 111,433.00 | |