03-032
1 Building
11/4

# SUBCONTRACTOR PAYMENT APPLICATION AND WAIVER FORM

SUBMITTED BY:

BURCHICK CONSTRUCTION CO.
Name of Subcontractor

DATE: 7/29/03

500 LOWRIES RUN ROAD, PITTSBURGH, PA 15237
Address

APPLICATION # 13

412/369-9700     JIM HUBER
Phone Number

NAME & JOB # 03330-5187
OIL CITY, PA

## PARTIAL WAIVER OF LIEN AND AGREEMENT

Whereas, the undersigned has been employed by HBE Corporation ("HBE") pursuant to Subcontract ("Contract") to furnish labor and materials for the building or buildings and other improvements (together with the "improvements") as described in the Contract and is fully authorized to make the following representations and agreements:

Now, therefore, for in consideration of the payment of the sum of $ 90,613.00
(insert amount of this requisition) (the total payment to this date, including this payment being $ 1,756,735.00 ), paid by or through HBE, and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned does hereby waive and release any and all claims against HBE, Owner or others and any and all liens and claims of rights to lien on the improvements and the real estate ("Real Estate") on which the improvements are located, under the statues of the state in which the Improvements and Real Estate are located relating to mechanics' liens and materialman's liens, or otherwise, by reason of, or on account of, labor or materials, or both, whether fully described in the Contract or in this requisition or prior requisitions or not, heretofore furnished by the undersigned for the improvements and Real Estate, it being the express intention of the undersigned with full knowledge of its rights and provisions of this document, that acceptance of the above amount is acknowledgment of satisfaction and payment in full for all materials and labor furnished through the date listed below, except for retainage (if any) stated below. The undersigned hereby certifies that all labor and/or materials furnished or used on the improvements or Real Estate for which this waiver is executed have been paid for in full by the undersigned, and that no part of the amount of this payment represents a rebate or commission, to Owner, HBE or other person and that the entire amount represents a payment for labor and/or material. The undersigned guarantees that it has properly performed all of the work, delivered the material and that the material has been physically incorporated into the improvements, or suitably stored on the Real Estate, for which this payment is made. The execution hereof constitutes a full and complete discharge, release and waiver of all claims under the Contract or otherwise and of the mechanics' lien and materialman's lien of the undersigned Subcontractor for any and all work and labor done and performed or any and all materials or both, furnished through 7/31/03 (Date) except for retainage (if any) of $ None (if none, write "None"). "It" and "Its" include the masculine, feminine and plural if appropriate to describe the Subcontractor.

Given this 29th day of July, 2003, XX , in the County
of Allegheny , State of PA

WITNESS

*Susan B. Blank* (signature)

Susan B. Blank
Print Name

BURCHICK CONSTRUCTION COMPANY, INC.
Name of Company (print)

BY (signature)
Print name and title of person signing:

David P. Meuschke, P.E.

Vice President

EXHIBIT
APPENDIX
G

UNTIL RESOLVED HAVE FINAL
HOLD HAS NOT BEEN RETENTION
OUR RETENTION $ BACK CHARGES
ALL

### BILLING INFORMATION
CONTRACT

Amount of original Contract ............................................................. $ 2,225,000.00
Contract Change Orders through C.O. No._____ ............................ $ 129,660.00
Total revised Contract amount ........................................................ $ 2,354,660.00

### THIS REQUISITION

Value of work completed to date (100 %) ........................................ $ 2,354,660.00
(Attach required breakdown)
Less ( 0 %) retainer per Contract ................................................ $ .00
Total net requisition to date ............................................................. $ 2,354,660.00
Less previous payments ................................................................. $ 2,264,047.00

## CONTRACTORS MONTHLY BILLING FORM

**Contractor:** Burchick Construction Company, Inc.
**Project:** UPMC Northwest, Oil City, PA
**Concrete Work - S.C. No. 03330-5187**

Invoice No. 13
Period Ending 7/31/03

| Item | L/M | % | Amount | Amt. Prev. Billed | Amt. Due This Est. | Total To Date | Bal. to Complete |
|---|---|---|---|---|---|---|---|
| **_Formwork_** | | | | | | | |
| Footings & Col. Pads | M | 100% | $5,000 | $4,850 | 150 | $5,000 | $0 |
| | L | 100% | 15,000 | 14,550 | 450 | 15,000 | 0 |
| Foundation Walls | M | 100% | 60,000 | 58,200 | 1,800 | 60,000 | 0 |
| | L | 100% | 210,000 | 203,700 | 6,300 | 210,000 | 0 |
| Shear Walls | M | 100% | 98,000 | 98,000 | 0 | 98,000 | 0 |
| | L | 100% | 180,000 | 180,000 | 0 | 180,000 | 0 |
| Support Slabs - MER/LA | M | 100% | 30,000 | 30,000 | 0 | 30,000 | 0 |
| | L | 100% | 50,000 | 50,000 | 0 | 50,000 | 0 |
| 1st Floor - SOD | M | 100% | 1,000 | 1,000 | 0 | 1,000 | 0 |
| | L | 100% | 3,000 | 3,000 | 0 | 3,000 | 0 |
| 2nd Floor - SOD | M | 100% | 1,000 | 1,000 | 0 | 1,000 | 0 |
| | L | 100% | 3,000 | 3,000 | 0 | 3,000 | 0 |
| 3rd Floor - SOD | M | 100% | 1,000 | 1,000 | 0 | 1,000 | 0 |
| | L | 100% | 3,000 | 3,000 | 0 | 3,000 | 0 |
| Embedded Items | L | 100% | 30,000 | 30,000 | 0 | 30,000 | 0 |
| **_Rebar & Mesh_** | | | | | | | |
| Footing & Col. Pads | M | 100% | 5,000 | 4,850 | 150 | 5,000 | 0 |
| | L | 100% | 4,000 | 3,880 | 120 | 4,000 | 0 |
| Walls | M | 100% | 320,000 | 310,400 | 9,600 | 320,000 | 0 |
| | L | 100% | 150,000 | 145,500 | 4,500 | 150,000 | 0 |
| Supported Slabs | M | 100% | 80,000 | 80,000 | 0 | 80,000 | 0 |
| | L | 100% | 50,000 | 50,000 | 0 | 50,000 | 0 |
| Welded Wire Mesh | M | 100% | 30,000 | 30,000 | 0 | 30,000 | 0 |
| | L | 100% | 4,000 | 4,000 | 0 | 4,000 | 0 |
| **_Concrete Placing_** | | | | | | | |
| Footings Pads/GBeams | M | 100% | 30,000 | 29,100 | 900 | 30,000 | 0 |
| | L | 100% | 8,000 | 7,760 | 240 | 8,000 | 0 |
| Walls | M | 100% | 110,000 | 106,700 | 3,300 | 110,000 | 0 |
| | L | 100% | 35,000 | 33,950 | 1,050 | 35,000 | 0 |
| Supported Slabs | M | 100% | 50,000 | 50,000 | 0 | 50,000 | 0 |
| | L | 100% | 15,000 | 15,000 | 0 | 15,000 | 0 |
| S.O.G. Concrete | M | 100% | 100,000 | 100,000 | 0 | 100,000 | 0 |
| | L | 100% | 25,000 | 25,000 | 0 | 25,000 | 0 |
| Stairs | M | 100% | 1,000 | 0 | 1,000 | 1,000 | 0 |
| | L | 100% | 3,000 | 0 | 3,000 | 3,000 | 0 |
| Misc. Concrete | M | 100% | 40,000 | 40,000 | 0 | 40,000 | 0 |
| | L | 100% | 10,000 | 10,000 | 0 | 10,000 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Slab on Deck | M | 100% | 255,000 | 255,000 | 0 | 255,000 | 0 |
| | L | 100% | 45,000 | 45,000 | 0 | 45,000 | 0 |
| **_Concrete Finish_** | | | | | 0 | | |
| Slabs on Grade | M | 100% | 5,000 | 5,000 | 0 | 5,000 | 0 |
| | L | 100% | 40,000 | 40,000 | 0 | 40,000 | 0 |
| Supported Slabs | M | 100% | 10,000 | 10,000 | 0 | 10,000 | 0 |
| | L | 100% | 85,000 | 85,000 | 0 | 85,000 | 0 |
| Miscellaneous | M | 100% | 5,000 | 5,000 | 0 | 5,000 | 0 |
| | L | 100% | 20,000 | 20,000 | 0 | 20,000 | 0 |
| Change Order No. 1 | L&M | 100% | 6,468 | 6,468 | 0 | 6,468 | 0 |
| Change Order No. 2 | L&M | 100% | 17,282 | 17,282 | 0 | 17,282 | 0 |
| Change Order No. 3 | L&M | 100% | 104,521 | 104,521 | 0 | 104,521 | 0 |
| Change Order No. 4 | L&M | 100% | 1,389 | 1,389 | 0 | 1,389 | 0 |
| **TOTALS** | | | **$2,354,660** | **$2,322,100** | **$32,560** | **$2,354,660** | **$0** |

Percentages approved as shown above subject to approval by Owner as per Section 5.4.1 of the General Conditions of the Specification

Approved by: _____ 8-7-03
Site Superintendent