

# UPMC HEALTH SYSTEM

Date to execute w  7/25/03

**WIRE TRANSFER REQUEST FORM**  6486    00015 78 497  VOUCHER NO.

NOTE: ALL INFORMATION BELOW MUST BE PROVIDED TO AVOID RETURN OF FORM

| Field | Value |
|---|---|
| Payee | Hospital Building and Equipment Company |
| First Address Line | 11330 Olive Street Road |
| Second Address Line | P.O. Box 419039 |
| City | St. Louis |
| State | MO |
| Zip Code/Foreign Country | 63141 |

**RECEIVED JUL 30 2003 ACCOUNTS PAYABLE**

UPMCHS Employee (select one)  [ ] Yes   [ ] No

Social Security /Tax ID # _____

Currency Information (select one)  [x] US Dollars   [ ] Foreign   (type) _____

**Purpose of Payment**
Per attached Application for Payment # 18- New Northwest Hospital

Requested By: Greg Podany
Department/Building/Floor No.: Facilities Management Iroquois Suite 207
Date: 07/17/2003   Phone No.: 647-8592
Authorized Department Signature: [signature]
Date: _____   Phone No.: _____
Additional Approval (if required): _____
Date: _____   Phone No.: _____

| G/L BU: | Account # | Projects BU | Project ID | Activity | Amount |
|---|---|---|---|---|---|
| NWH00 | 145000 | UPMC1 | 023040 | 090010 | 3,850,688.21 |
| NWH00 | 201110 | UPMC1 | 023040 | 090010 | (385,068.82) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**TOTAL TO BE PAID:** $ 3,465,619.39

**FOR CORPORATE TREASURY USE ONLY**

| Field | Value | Field | Value |
|---|---|---|---|
| Mellon debit account | | Reference No. | 5723 |
| Bank Name | First Star Bank | Date Sent | 07/25/03 |
| Bank Address | St. Louis MO | Initials | [initials] |
| Bank ABA # or SWIFT | 081000210 | | |
| Deposit to: Payee Account No. | 1999154857 | | |
| Other Information Reference: | RRN: HBE | W-9 on File | [ ] Yes   [ ] |


EXHIBIT SAR 7 4-28-05 / EXHIBIT APPENDIX H

## APPLICATION AND CERTIFICATION FOR PAYMENT

TO OWNER: UPMC NORTHWEST
174 EAST BISSELL AVENUE
OIL CITY, PA 16301

ARCHITECT: Frederick S. Scott
RONALD L. HOLLANDER

FROM CONTRACTOR: HOSPITAL BUILDING & EQUIPMENT

PROJECT: UPMC NORTHWEST

Application No. : 18   Date : 06/27/03
Period From  06/01/03  To  06/30/03
Contract : OIL CITY, PA
Invoice #   5187-18

Application is made for payment, as shown below, in connection with the contract.

1. ORIGINAL CONTRACT SUM . . . . . . . . . . .  49,395,000.00
2. NET CHANGE BY CHANGE ORDER . . . . . . . .     633,999.00
3. CONTRACT SUM TO DATE . . . . . . . . . . .  50,028,999.00
4. TOTAL COMPLETED AND STORED TO DATE . . . .  25,791,449.08
5. RETAINAGE  a.   8.1806% of Completed Work   2,109,892.40
              b.   0.0000% of Stored Material          0.00
                  Total Retainage . . . . . .   2,109,892.40
6. TOTAL EARNED LESS RETAINAGE . . . . . . .   23,681,556.68
7. LESS PREVIOUS CERTIFICATES FOR PAYMENTS . . 20,215,937.29
8. CURRENT PAYMENT DUE . . . . . . . . . . . .  3,465,619.39
9. BALANCE TO FINISH, INCLUDING RETAINAGE. . . 26,347,442.32

*OK for payment*

### CONTRACTOR CERTIFICATION

The undersigned Contractor certifies the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:  HOSPITAL BUILDING & EQUIPMENT

By: _____  Date: 6/30/03

State of:  MISSOURI
County of: ST. LOUIS

Subscribed and sworn to before me this ____ day of _____ 03
Notary Public: _____
My Commission expires: 6-22-04

### ARCHITECT CERTIFICATE FOR PAYMENT

The Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . . . $ 3,465,619.39

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: _____  Date: 6-30-03

Approved: _____ 7-7-03

NWHOO  145000   3,850,688.21
       201110  (@ 385,068.82)

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. : 18   Date : 06/27/03
Period From 06/01/03  To  06/30/03
Contract : OIL CITY, PA
INVOICE # 5187-18

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | OIL CITY, PA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | SITE/EXCAVATION | 1,916,000.00 | 1,916,000.00 | 0.00 | 0.00 | 1,916,000.00 | 100.00% | 0.00 | 0.00 |
| 20 | SITE UTILITIES | 1,478,400.00 | 1,478,400.00 | 0.00 | 0.00 | 1,478,400.00 | 100.00% | 0.00 | 0.00 |
| 30 | ASPH. PAVING | 1,226,072.00 | 183,910.80 | 98,085.76 | 0.00 | 281,996.56 | 23.00% | 944,075.44 | 0.00 |
| 32 | SITE DEMOLITION | 11,800.00 | 11,800.00 | 0.00 | 0.00 | 11,800.00 | 100.00% | 0.00 | 0.00 |
| 35 | SITE SPECIALTIE | 10,840.00 | 4,336.00 | 1,084.00 | 0.00 | 5,420.00 | 50.00% | 5,420.00 | 0.00 |
| 37 | DRILLED PIERS | 88,300.00 | 88,300.00 | 0.00 | 0.00 | 88,300.00 | 100.00% | 0.00 | 0.00 |
| 40 | SITE CONCRETE | 566,000.00 | 198,100.00 | 28,300.00 | 0.00 | 226,400.00 | 40.00% | 339,600.00 | 0.00 |
| 60 | CONCRETE FORM | 912,000.00 | 912,000.00 | 0.00 | 0.00 | 912,000.00 | 100.00% | 0.00 | 0.00 |
| 70 | BUILD CONCRETE | 874,800.00 | 857,304.00 | 17,496.00 | 0.00 | 874,800.00 | 100.00% | 0.00 | 0.00 |
| 72 | CONCRETE FINISH | 230,300.00 | 225,694.00 | 4,606.00 | 0.00 | 230,300.00 | 100.00% | 0.00 | 0.00 |
| 75 | REBAR/MESH | 443,100.00 | 434,238.00 | 8,862.00 | 0.00 | 443,100.00 | 100.00% | 0.00 | 0.00 |
| 80 | CONCRETE EQUIP | 154,100.00 | 151,018.00 | 3,082.00 | 0.00 | 154,100.00 | 100.00% | 0.00 | 0.00 |
| 110 | MASONRY | 1,090,500.00 | 229,005.00 | 294,435.00 | 0.00 | 523,440.00 | 48.00% | 567,060.00 | 0.00 |
| 120 | STRUCT. STEEL | 2,849,500.00 | 2,821,005.00 | 28,495.00 | 0.00 | 2,849,500.00 | 100.00% | 0.00 | 0.00 |
| 130 | CARPENTRY | 120,000.00 | 54,000.00 | 18,000.00 | 0.00 | 72,000.00 | 60.00% | 48,000.00 | 0.00 |
| 140 | MILLWORK | 890,000.00 | 17,800.00 | 0.00 | 0.00 | 17,800.00 | 2.00% | 872,200.00 | 0.00 |
| 150 | WOOD DOORS | 214,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 214,000.00 | 0.00 |
| 160 | ROOFING/METAL | 622,500.00 | 404,625.00 | 124,500.00 | 0.00 | 529,125.00 | 85.00% | 93,375.00 | 0.00 |
| 170 | CAULK/WATERPRF | 73,000.00 | 32,850.00 | 7,300.00 | 0.00 | 40,150.00 | 55.00% | 32,850.00 | 0.00 |
| 180 | SKYLIGHTS | 38,500.00 | 1,925.00 | 0.00 | 0.00 | 1,925.00 | 5.00% | 36,575.00 | 0.00 |
| 190 | HOLLOW METAL | 197,300.00 | 37,487.00 | 21,703.00 | 0.00 | 59,190.00 | 30.00% | 138,110.00 | 0.00 |
| 200 | HARDWARE | 453,600.00 | 22,680.00 | 0.00 | 0.00 | 22,680.00 | 5.00% | 430,920.00 | 0.00 |
| 210 | EIFS | 157,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 157,900.00 | 0.00 |
| 220 | WINDOW/GLASS/EN | 711,600.00 | 21,348.00 | 0.00 | 0.00 | 21,348.00 | 3.00% | 690,252.00 | 0.00 |
| 230 | SPRAY FIREPROOF | 338,600.00 | 277,652.00 | 54,176.00 | 0.00 | 331,828.00 | 98.00% | 6,772.00 | 0.00 |
| 240 | LATH/PLASTER | 54,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 54,300.00 | 0.00 |
| 250 | DRYWALL | 2,366,600.00 | 449,654.00 | 212,994.00 | 0.00 | 662,648.00 | 28.00% | 1,703,952.00 | 0.00 |
| 260 | ACOUSTIC CEILIN | 274,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 274,000.00 | 0.00 |
| 270 | PAINTING/VWC | 428,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 428,300.00 | 0.00 |
| 290 | VCT/CARPET | 547,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 547,600.00 | 0.00 |
| 310 | CERAMIC TILE | 545,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 545,000.00 | 0.00 |
| 320 | MISC. SPECIAL | 304,100.00 | 0.00 | 76,025.00 | 0.00 | 76,025.00 | 25.00% | 228,075.00 | 0.00 |
| 330 | FOOD SERVICE | 382,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 382,900.00 | 0.00 |
| 350 | ELEVATORS | 667,800.00 | 66,780.00 | 33,390.00 | 0.00 | 100,170.00 | 15.00% | 567,630.00 | 0.00 |
| 352 | CASEWORK | 4,650.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 4,650.00 | 0.00 |
| 355 | EQUIPMENT | 76,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 76,600.00 | 0.00 |
| 380 | FURNISHINGS | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 6,000.00 | 0.00 |
| 390 | HVAC | 6,960,000.00 | 2,784,000.00 | 1,670,400.00 | 0.00 | 4,454,400.00 | 64.00% | 2,505,600.00 | 0.00 |
| 400 | PLUMBING | 2,880,000.00 | 1,008,000.00 | 460,800.00 | 0.00 | 1,468,800.00 | 51.00% | 1,411,200.00 | 0.00 |

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. : 18  Date : 06/27/03
Period From 06/01/03 To 06/30/03
Contract : OIL CITY, PA
INVOICE # 5187-18

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 410 | SPRINKLERS | 600,000.00 | 132,000.00 | 78,000.00 | 0.00 | 210,000.00 | 35.00% | 390,000.00 | 0.00 |
| 420 | ELECTRICAL | 3,752,293.00 | 637,889.81 | 412,752.23 | 0.00 | 1,050,642.04 | 28.00% | 2,701,650.96 | 0.00 |
| 430 | EMERGENCY GEN | 151,000.00 | 7,550.00 | 0.00 | 0.00 | 7,550.00 | 5.00% | 143,450.00 | 0.00 |
| 435 | MOBILIZATION | 204,400.00 | 204,400.00 | 0.00 | 0.00 | 204,400.00 | 100.00% | 0.00 | 0.00 |
| 440 | SUPERVISION | 1,113,707.00 | 442,497.31 | 41,950.61 | 0.00 | 484,447.92 | 43.50% | 629,259.08 | 0.00 |
| 450 | TEMP. FACILITIE | 1,650,000.00 | 655,575.00 | 62,151.56 | 0.00 | 717,726.56 | 43.50% | 932,273.44 | 0.00 |
| 451 | FURNISHING/EQUI | 5,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 5,000,000.00 | 0.00 |
| 452 | INT. GRAPHICS | 150,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 150,000.00 | 0.00 |
| 453 | INT SIGNAGE | 60,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 60,000.00 | 0.00 |
| 454 | OR LIGHTS | 140,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 140,000.00 | 0.00 |
| 455 | X-RAY/ROUGH-IN | 250,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 250,000.00 | 0.00 |
| 456 | LANDSCAPING IRR | 300,000.00 | 12,000.00 | 48,000.00 | 0.00 | 60,000.00 | 20.00% | 240,000.00 | 0.00 |
| 457 | SITE SIGNAGE | 110,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 110,000.00 | 0.00 |
| 458 | MAIN ENTR PLAZA | 48,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 48,000.00 | 0.00 |
| 459 | CONTROL GATES | 30,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 30,000.00 | 0.00 |
| 460 | PATIENT BED LOC | 100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 100,000.00 | 0.00 |
| 461 | A&E SERVICES | 4,198,575.00 | 4,198,575.00 | 0.00 | 0.00 | 4,198,575.00 | 100.00% | 0.00 | 0.00 |
| 470 | BOND | 370,463.00 | 370,463.00 | 0.00 | 0.00 | 370,463.00 | 100.00% | 0.00 | 0.00 |
| 1001 | OCO #1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 1002 | OCO #2 | 272,851.00 | 259,208.45 | 13,642.55 | 0.00 | 272,851.00 | 100.00% | 0.00 | 0.00 |
| 1003 | OCO #3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 1004 | OCO #4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 1005 | OCO #5 | 304,575.00 | 274,117.50 | 30,457.50 | 0.00 | 304,575.00 | 100.00% | 0.00 | 0.00 |
| 1006 | OCO #6 | 56,573.00 | 56,573.00 | 0.00 | 0.00 | 56,573.00 | 100.00% | 0.00 | 0.00 |
| | SUB TOTALS | 50,028,999.00 | 21,940,760.87 | 3,850,688.21 | 0.00 | 25,791,449.08 | 51.55% | 24,237,549.92 | 2,109,892.40 |

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

Application No. : 18     Date : 06/27/03
Period From  06/01/03   To   06/30/03
Contract :  OIL CITY, PA
INVOICE #    5187-18

| Change Orders approved in Previous months by Owner | ADDITIONS | DEDUCTIONS |
|---|---|---|
| TOTAL | 633,999.00 | |

Approved this Month
Number    Date Approved

                TOTALS

Net Change by Change Orders    633,999.00