THIS IS YOUR COPY TO KEEP.

WE'VE MAILED AN ORIGINAL TO ST. LOUIS.

THANKS,

SHERRY

RECEIVED
NOV 0 4 2003
BURCHICK



Kee
EXHIBIT 5??
11
9-22-05

EXHIBIT
APPENDIX
I

# SUBCONTRACTOR PAYMENT APPLICATION AND WAIVER FORM

RECEIVED
OCT 31 2003
FIELD OFFICE

SUBMITTED BY:

BURCHICK CONSTRUCTION CO.
Name of Subcontractor

DATE: October 23, 2003

500 LOWRIES RUN ROAD, PITTSBURGH, PA  15237
Address

APPLICATION # Eight (8)

412/369-9700          JIM HUBER
Phone Number

NAME & JOB # 03330-5195
OIL CITY, PA

## PARTIAL WAIVER OF LIEN AND AGREEMENT

Whereas, the undersigned has been employed by HBE Corporation ("HBE") pursuant to Subcontract ("Contract") to furnish labor and materials for the building or buildings and other improvements (together with the "improvements") as described in the Contract and is fully authorized to make the following representations and agreements:

Now, therefore, for in consideration of the payment of the sum of $ 22,085.00
(insert amount of this requisition) (the total payment to this date, including this payment being $ 320,850.00 ), paid by or through HBE, and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned does hereby waive and release any and all claims against HBE, Owner or others and any and all liens and claims of rights to lien on the improvements and the real estate ("Real Estate") on which the improvements are located, under the statues of the state in which the Improvements and Real Estate are located relating to mechanics' liens and materialman's liens, or otherwise, by reason of, or on account of, labor or materials, or both, whether fully described in the Contract or in this requisition or prior requisitions or not, heretofore furnished by the undersigned for the improvements and Real Estate, it being the express intention of the undersigned with full knowledge of its rights and provisions of this document, that acceptance of the above amount is acknowledgment of satisfaction and payment in full for all materials and labor furnished through the date listed below, except for retainage (if any) stated below. The undersigned hereby certifies that all labor and/or materials furnished or used on the improvements or Real Estate for which this waiver is executed have been paid for in full by the undersigned, and that no part of the amount of this payment represents a rebate or commission, to Owner, HBE or other person and that the entire amount represents a payment for labor and/or material. The undersigned guarantees that it has properly performed all of the work, delivered the material and that the material has been physically incorporated into the improvements, or suitably stored on the Real Estate, for which this payment is made. The execution hereof constitutes a full and complete discharge, release and waiver of all claims under the Contract or otherwise and of the mechanics' lien and materialman's lien of the undersigned Subcontractor for any and all work and labor done and performed or any and all materials or both, furnished through 10/23/03 (Date) except for retainage (if any) of $ None (if none, write "None"). "It" and "Its" include the masculine, feminine and plural if appropriate to describe the Subcontractor.

Given this 23rd day of October, 2003 , 19_____, in the County of Allegheny , State of Pennsylvania

WITNESS

Susan B. Blank
Print Name

BURCHICK CONSTRUCTION COMPANY, INC.
Name of Company (print)

BY _____
Print name and title of person signing:

David P. Meuschke

Vice President

### BILLING INFORMATION
CONTRACT

Amount of original Contract ................................................................. $ 395,500.00
Contract Change Orders through C.O. No. 1 ......................................... $ 46,200.00
Total revised Contract amount ............................................................. $ 441,700.00

### THIS REQUISITION
Value of work completed to date ( 100 %) ........................................... $ 441,700.00
  (Attach required breakdown)
Less ( 0 %) retainer per Contract .......................................................... $        .00
Total net requisition to date ................................................................. $ 441,700.00
Less previous payments ...................................................................... $ 419,615.00
Amount of this requisition ................................................................... $ 22,085.00

## CONTRACTORS MONTHLY BILLING FORM

**Contractor:** Burchick Construction Company, Inc.
**Project:** UPMC Northwest, Oil City, PA
**Behavioral Health Facility**
**Burchick Job No. 02-027**

Invoice No. 8
Period Ending 10/31/03

| Item | L/M | % | Amount | Amt. Prev. Billed | Amt. Due This Est. | Total To Date | Bal. to Complete |
|---|---|---|---|---|---|---|---|
| **_Formwork_** | | | | | | | |
| Footings & Col. Pads | M | 100% | $6,000 | $6,000 | $0 | $6,000 | $0 |
|  | L | 100% | 25,000 | 25,000 | 0 | 25,000 | 0 |
| Foundation Walls | M | 100% | 18,000 | 18,000 | 0 | 18,000 | 0 |
|  | L | 100% | 75,000 | 75,000 | 0 | 75,000 | 0 |
| Grade Beams | M | 100% | 8,000 | 8,000 | 0 | 8,000 | 0 |
|  | L | 100% | 27,000 | 27,000 | 0 | 27,000 | 0 |
| Support Slabs: | | | | | | | |
|   Basement | M | 100% | 2,000 | 2,000 | 0 | 2,000 | 0 |
|  | L | 100% | 2,000 | 2,000 | 0 | 2,000 | 0 |
|   1st Floor | M | 100% | 1,000 | 1,000 | 0 | 1,000 | 0 |
|  | L | 100% | 1,000 | 1,000 | 0 | 1,000 | 0 |
| Embedded Items | L | 100% | 5,000 | 5,000 | 0 | 5,000 | 0 |
| **_Rebar & Mesh_** | | | | | | | |
| Footing & Col. Pads | M | 100% | 4,000 | 4,000 | 0 | 4,000 | 0 |
|  | L | 100% | 3,000 | 3,000 | 0 | 3,000 | 0 |
| Walls | M | 100% | 50,000 | 50,000 | 0 | 50,000 | 0 |
|  | L | 100% | 42,000 | 42,000 | 0 | 42,000 | 0 |
| Welded Wire Mesh | M | 100% | 5,000 | 5,000 | 0 | 5,000 | 0 |
|  | L | 100% | 2,000 | 2,000 | 0 | 2,000 | 0 |
| **_Concrete Placing_** | | | | | | | |
| Footings Pads | M | 100% | 24,000 | 24,000 | 0 | 24,000 | 0 |
|  | L | 100% | 4,000 | 4,000 | 0 | 4,000 | 0 |
| Walls | M | 100% | 30,000 | 30,000 | 0 | 30,000 | 0 |
|  | L | 100% | 6,000 | 6,000 | 0 | 6,000 | 0 |
| Supported Slabs (SOD) | M | 100% | 3,000 | 3,000 | 0 | 3,000 | 0 |
|  | L | 100% | 2,000 | 2,000 | 0 | 2,000 | 0 |
| S.O.G. Concrete | M | 100% | 15,000 | 15,000 | 0 | 15,000 | 0 |
|  | L | 100% | 3,000 | 3,000 | 0 | 3,000 | 0 |
| Misc. Concrete | M | 100% | 15,000 | 15,000 | 0 | 15,000 | 0 |
|  | L | 100% | 5,000 | 5,000 | 0 | 5,000 | 0 |
| **_Concrete Finish_** | | | | | | | |
| Slabs on Grade | M | 100% | 1,000 | 1,000 | 0 | 1,000 | 0 |
|  | L | 100% | 5,000 | 5,000 | 0 | 5,000 | 0 |
| Supported Slabs | M | 100% | 500 | 500 | 0 | 500 | 0 |
|  | L | 100% | 1,000 | 1,000 | 0 | 1,000 | 0 |
| Miscellaneous | M | 100% | 1,000 | 1,000 | 0 | 1,000 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Change Order No. 1 | | L | 100% | 4,000 | 4,000 | 0 | 4,000 | 0 |
| | | | 100% | 46,200 | 46,200 | 0 | 46,200 | 0 |
| | TOTALS | | | $441,700 | $441,700 | $0 | $441,700 | $0 |

Percentages approved as shown above subject to approval by Owner as per Section 5.4.1 of the General Conditions of the Specification

Approved by: _____ 11-3-03
Site Superintendent