

# UPMC HEALTH SYSTEM

000 1690663

Date to execute wire:
October 24, 2003

**WIRE TRANSFER REQUEST FORM**   7035

**VOUCHER NO.**

**NOTE: ALL INFORMATION BELOW MUST BE PROVIDED TO AVOID RETURN OF FORM**

| | |
|---|---|
| Payee | Hospital Building and Equipment Company |
| First Address Line | 11330 Olive Street Road |
| Second Address Line | P.O. Box 419039 |
| City | St. Louis |
| State | MO |
| Zip Code/Foreign Country | 63141 |

ACCOUNTS PAYABLE
OCT 2 8 2003
RECEIVED

UPMCHS Employee (select one) [ ] Yes    [ X ] No

Social Security /Tax ID #

Currency Information (select one) [ X ] US Dollars    [ ] Foreign    (type)

Purpose of Payment    UPMC Northwest General Construction Payment - Behavioral Health Facility
Application Payment # 8

Requested By    Greg Podany

Department/Building/Floor No.    Facilities Management, 207 Iroquois Building

Date    10/20/2003    Phone No.    647-8592

Authorized Department Signature

Date    Phone No.

Additional Approval (if required)

Date    Phone No.

| G/L Bus Unit | Acct # | Business Unit | Project ID | Activity | Amount |
|---|---|---|---|---|---|
| NWH00 | 145000 | UPMC1 | 033209 | 090010 | 285,658.31 |
| NWH00 | 201110 | UPMC1 | 033209 | 090010 | (27,995.19) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| TOTAL TO BE PAID: | $ | 257,663.12 |
|---|---|---|

**FOR CORPORATE TREASURY USE ONLY**

4748

| | | | |
|---|---|---|---|
| Mellon debit account | | Reference No. | |
| Bank Name | First Star Bank | Date Sent | 10/24/03 |
| Bank Address | St. Louis MO | Initials | |

Bank ABA # or SWIF 081000210
Deposit to:
Payee Account No.    1999154857

Other Information    RRN: HBE    W-9 on File [ ] Yes    [ ]
Reference:



EXHIBIT
APPENDIX
J

## APPLICATION AND CERTIFICATION FOR PAYMENT

TO OWNER:   UPMC NORTHWEST BEHAVIOR
            HEALTH CENTER
            OIL CITY, PA

ARCHITECT:  Frederick S. Scott

FROM CONTRACTOR:  HOSPITAL BUILDING & EQUIPMENT

PROJECT:    UPMC NORTHWEST BEHAVIOR
            HEALTH CENTER
            OIL CITY, PA

Application No. : *18*    Date : 09/30/03
Period From 09/01/03  To  09/30/03
Contract : OIL CITY, PA (BEHAVIOR HEALTH)
Invoice #    5195-7

Application is made for payment, as shown below, in connection with the contract.

```
1. ORIGINAL CONTRACT SUM . . . . . . . . . . .     2,694,000.00
2. NET CHANGE BY CHANGE ORDER . . . . . . . .        40,872.00
3. CONTRACT SUM TO DATE . . . . . . . . . . .      2,734,872.00
4. TOTAL COMPLETED AND STORED TO DATE . . . .      1,358,671.46
5. RETAINAGE  a.   8.3791% of Completed Work       113,844.60
              b.   0.0000% of Stored Material            0.00
              Total Retainage . . . . . . . .       113,844.60
6. TOTAL EARNED LESS RETAINAGE . . . . . . . .     1,244,826.86
7. LESS PREVIOUS CERTIFICATES FOR PAYMENTS . . .     987,163.74
8. CURRENT PAYMENT DUE . . . . . . . . . . . .       257,663.12
9. BALANCE TO FINISH, INCLUDING RETAINAGE. . . . .  1,490,045.14
```

OK for payment
*(signature)*

---

**CONTRACTOR CERTIFICATION**

The undersigned Contractor certifies the Work covered by this
Application for Payment has been completed in accordance
with the Contract Documents, that all amounts have been paid
by the Contractor for Work) for which previous Certificates
for Payment were issued and payments received from the
Owner, and that current payment shown herein is now due.

CONTRACTOR:   HOSPITAL BUILDING & EQUIPMENT

By: *(signature)*   Date 10/1/03

State of:  MISSOURI
County of:  ST. LOUIS

Subscribed and sworn to before
me this  1st  day of Oct 03

Notary Public: *(signature)*
My Commission expires: 6-22-04

**ARCHITECT CERTIFICATE FOR PAYMENT**

The Architect certifies to the Owner that to the best
of the Architect's knowledge, information and belief
the Work has progressed as indicated, the quality
of the Work is in accordance with the Contract
Documents, and the Contractor is entitled to payment
of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . . . $    257,663.12

(Attach explanation if amount certified differs from the
amount applied for.  Initial all figures on this Application
and on the Continuation Sheet that are changed to conform to
the amount certified.)

ARCHITECT:

By: _____   Date: 9.30.03

'APPROVED' GCElwugir 10.6.03



HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

Application No. : 7      Date : 09/30/03
Period From 09/01/03  To  09/30/03
Contract : OIL CITY, PA (BEHAVIOR HEALTH)
INVOICE #   5195-7

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | OIL CITY, PA (B | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | EXCAVATION/BACK | 61,200.00 | 61,200.00 | 0.00 | 0.00 | 61,200.00 | 100.00% | 0.00 | 0.00 |
| 20 | SITE UTILITIES | 11,200.00 | 11,200.00 | 0.00 | 0.00 | 11,200.00 | 100.00% | 0.00 | 0.00 |
| 23 | SITE SPECALITIE | 3,990.00 | 1,396.50 | 199.50 | 0.00 | 1,596.00 | 40.00% | 2,394.00 | 0.00 |
| 26 | DRILLED PIERS | 20,980.00 | 20,980.00 | 0.00 | 0.00 | 20,980.00 | 100.00% | 0.00 | 0.00 |
| 40 | SITE CONCRETE | 12,670.00 | 2,534.00 | 1,900.50 | 0.00 | 4,434.50 | 35.00% | 8,235.50 | 0.00 |
| 70 | BUILDING CONCRE | 113,600.00 | 102,240.00 | 11,360.00 | 0.00 | 113,600.00 | 100.00% | 0.00 | 0.00 |
| 80 | CONCRETE EQUIPM | 30,500.00 | 27,450.00 | 3,050.00 | 0.00 | 30,500.00 | 100.00% | 0.00 | 0.00 |
| 85 | CONCRETE FINISH | 23,750.00 | 21,375.00 | 2,375.00 | 0.00 | 23,750.00 | 100.00% | 0.00 | 0.00 |
| 90 | FORMWORK | 191,100.00 | 181,545.00 | 9,555.00 | 0.00 | 191,100.00 | 100.00% | 0.00 | 0.00 |
| 100 | REBAR/MESH | 109,850.00 | 104,357.50 | 5,492.50 | 0.00 | 109,850.00 | 100.00% | 0.00 | 0.00 |
| 110 | MASONRY | 242,500.00 | 0.00 | 36,375.00 | 0.00 | 36,375.00 | 15.00% | 206,125.00 | 0.00 |
| 120 | STRUCTURAL/MISC | 119,000.00 | 115,430.00 | 3,570.00 | 0.00 | 119,000.00 | 100.00% | 0.00 | 0.00 |
| 130 | CARPENTRY | 7,900.00 | 2,765.00 | 395.00 | 0.00 | 3,160.00 | 40.00% | 4,740.00 | 0.00 |
| 140 | MILLWORK | 42,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 42,600.00 | 0.00 |
| 150 | WOOD DOORS | 20,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 20,500.00 | 0.00 |
| 160 | ROOFING/SHEET M | 129,000.00 | 0.00 | 64,500.00 | 0.00 | 64,500.00 | 50.00% | 64,500.00 | 0.00 |
| 170 | CAULK/WATERPROO | 6,900.00 | 4,830.00 | 0.00 | 0.00 | 4,830.00 | 70.00% | 2,070.00 | 0.00 |
| 190 | HOLLOW METAL | 15,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 15,850.00 | 0.00 |
| 200 | HARDWARE | 37,950.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 37,950.00 | 0.00 |
| 220 | WINDOW/GLASS/EN | 50,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 50,900.00 | 0.00 |
| 230 | SPRAY FIREPROOF | 3,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 3,100.00 | 0.00 |
| 250 | DRYWALL | 267,950.00 | 0.00 | 85,744.00 | 0.00 | 85,744.00 | 32.00% | 182,206.00 | 0.00 |
| 260 | ACOUSTIC CEILIN | 16,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 16,200.00 | 0.00 |
| 270 | PAINTING & VWC | 29,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 29,700.00 | 0.00 |
| 290 | RESILIENT FLOOR | 25,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 25,400.00 | 0.00 |
| 310 | CERAMIC TILE | 29,550.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 29,550.00 | 0.00 |
| 320 | MISC. SPECIALTI | 39,950.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 39,950.00 | 0.00 |
| 340 | EQUIPMENT | 17,540.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 17,540.00 | 0.00 |
| 390 | HVAC | 350,400.00 | 70,080.00 | 7,008.00 | 0.00 | 77,088.00 | 22.00% | 273,312.00 | 0.00 |
| 400 | PLUMBING | 138,000.00 | 30,360.00 | 16,560.00 | 0.00 | 46,920.00 | 34.00% | 91,080.00 | 0.00 |
| 410 | SPRINKLERS | 36,000.00 | 0.00 | 16,200.00 | 0.00 | 16,200.00 | 45.00% | 19,800.00 | 0.00 |
| 420 | ELECTRICAL | 158,600.00 | 7,930.00 | 15,860.00 | 0.00 | 23,790.00 | 15.00% | 134,810.00 | 0.00 |
| 430 | EMERGENCY ELECT | 2,550.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 2,550.00 | 0.00 |
| 440 | SUPERVISION | 36,411.00 | 14,604.86 | 1,982.38 | 0.00 | 16,587.24 | 45.56% | 19,823.76 | 0.00 |
| 450 | TEMPORARY FACIL | 35,780.00 | 14,351.75 | 1,948.02 | 0.00 | 16,299.77 | 45.56% | 19,480.23 | 0.00 |
| 460 | ARCHIT. PLANS | 228,990.00 | 211,572.54 | 1,583.41 | 0.00 | 213,155.95 | 93.09% | 15,834.05 | 0.00 |
| 470 | INSURANCE/BOND | 25,939.00 | 25,939.00 | 0.00 | 0.00 | 25,939.00 | 100.00% | 0.00 | 0.00 |
| 1001 | OCO #1 | 40,872.00 | 40,872.00 | 0.00 | 0.00 | 40,872.00 | 100.00% | 0.00 | 0.00 |
| 1030 | OCO #3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

Application No. :  7       Date :  09/30/03
Period From  09/01/03  To   09/30/03
Contract : OIL CITY, PA (BEHAVIOR HEALTH)
INVOICE #    5195-7

| ITEM NUMBER | DESCRIPTION | SCHEDULED VALUE | PREVIOUS AMOUNT | WORK IN PLACE | STORED MATERIALS | TOTAL COMPL AND STORED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | SUB TOTALS | 2,734,872.00 | 1,073,013.15 | 285,658.31 | 0.00 | 1,358,671.46 | 49.68% | 1,376,200.54 | 113,844.60 |

HOSPITAL BUILDING & EQUIPMENT

PROGRESS REPORT

PROGRESS REPORT, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

Application No. :  7    Date :  09/30/03
Period From  09/01/03   To   09/30/03
Contract :  OIL CITY, PA (BEHAVIOR HEALTH)
INVOICE #    5195-7

....................................................................................................

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in Previous months by Owner | | |
| TOTAL | 40,872.00 | |

....................................................................................................

Approved this Month
Number    Date Approved
..............................

....................................................................................................

TOTALS

....................................................................................................

| Net Change by Change Orders | 40,872.00 |
|---|---|

....................................................................................................



UPMC Health System

# UPMC *Passavant*

**9100 Babcock Boulevard, Pittsburgh, PA 15237**
Department of Facilities Development
412-367-6637

## Letter of Transmittal

| Date: | October 3, 2003 | Project No: | 033209 |
|---|---|---|---|
| Attention: | Mr. Eric Cartwright | | |
| To: | UPMC Health System | | |
| | Forbes Tower | | |
| | 3600 Forbes Avenue | | |
| | Pittsburgh, PA 15213 | | |
| Re: | HBE Application for Payment | | |
| | UPMC Northwest Behavioral Health Facility | | |

RECEIVED
OCT - 8 2003
Facilities & Construction

| Quan. | Date | No | Description | |
|---|---|---|---|---|
| 1 | 09/30/03 | 5195-7 | HOSPITAL BUILDING & EQUIPMENT COMPANY | $257,663.12 |
| | | | APPLICATION FOR PAYMENT #7 | |
| | | | INVOICE #5195-7 | |
| | | | PROJECT ID: 033209 | |

Eric,

I have reviewed the attached invoice and recommend this invoice for approval and payment.

Thanks,

George

**Attached:**
☒ Originals    ☐ Copies
☐ Prints    ☐ Submittals
☐ Specifications    ☐ Computer Disks

**Transmitted:**
☒ For Approval    ☐ For Your Use
☐ As Requested    ☐ For Review and Comment

**Transmitted by:**
☒ Mail    ☐ Express Delivery (morning)
☐ Hand Delivery    ☐ Express Delivery (afternoon)

If enclosures are not as noted, please inform us immediately.

Signed:    George D. Ehringer, AIA

c:    John Williams, UPMCNW

Project File