UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BURCHICK CONSTRUCTION COMPANY, INC

      Plaintiff,

                                                      Civil Docket No. 05-CV-12E

v.

HBE CORPORATION,                                  Judge McLaughlin

      Defendant.

## SCHEDULING MOTION CERTIFICATE

I, Michael D. Glass, Counsel for HBE Corporation, telephoned Kurt F. Fernsler, Counsel for Burchick Construction Company, Inc., on Friday, December 16, 2005, at 10:00 a.m. to seek consent to extending certain pre-trial dates. Mr. Fernsler indicated that he neither consented to nor opposed the extension of certain pre-trial dates.

There are no other parties to the within matter.

                              Respectfully submitted,

                              POLITO & SMOCK, P.C.

                              By:   s/Michael D. Glass
                                     Michael D. Glass
                                     PA ID No. 34431
                                     Four Gateway Center, Suite 400
                                     444 Liberty Avenue
                                     Pittsburgh, PA  15222-1237
                                     (412) 394-3333

                                     *Counsel for Defendant HBE Corporation*

## CERTIFICATE OF SERVICE

We hereby certify that on this 16th day of December, 2005, a true and correct copy of the foregoing Scheduling Motion Certificate was served via United States Postal Service first class mail, postage prepaid to the following counsel of record:

>Kurt F. Fernsler, Esq.
>Reed Smith LLP
>435 Sixth Avenue
>Pittsburgh, PA 15219-1886

>POLITO & SMOCK, P.C.


>By:   s/Michael D. Glass
>      Michael D. Glass