IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Burchick Construction Co., Inc.    )
                                   )
                                   )
                        Plaintiff  )
              vs.                  )    No.    CA 05-12 Erie
HBE Corporation                    )
                                   )
                                   )
                        Defendant  )

HEARING ON   Status Conference March 2, 2006

Before   U. S. Magistrate Judge Susan Paradise Baxter

Kurt Fernsler, Esq.                             Michael D. Glass, Esq.

Appear for Plaintiff                            Appear for Defendant

Hearing Begun    11:00 am                       Hearing Adjourned to

Hearing concluded C.A.V.   11:12 am             Stenographer Ron Bench
                                                CD:         Index:

WITNESSES
For Plaintiff                                   For Defendant

Defendant shall file opposition to Plaintiff's pending summary judgment motion by March 16, 2006

Plaintiff shall file amended pretrial statement by March 16, 2006

Plaintiff shall file second motion for partial summary judgment by April 3, 2006

Defendant shall file pretrial statement by April 3, 2006

Defendant shall file opposition to second motion for partial summary judgment by April 10, 2006.