IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BURCHICK CONSTRUCTION COMPANY, INC.

    Plaintiff,

    v.

HBE CORPORATION,

    Defendant.

Civil Docket No. 05-CV-12E

Judge McLaughlin
Magistrate Judge Baxter

## STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME the parties to the above-captioned matter by their respective undersigned counsel and, having arrived at a settlement, stipulate that all claims asserted by each party should be DISMISSED WITH PREJUDICE and the within matter should be marked "CLOSED."

By: s/Michael D. Glass
Michael D. Glass, Esq.
PA ID No. 34431
POLITO & SMOCK, P.C.
Four Gateway Center, Suite 400
444 Liberty Avenue
Pittsburgh, PA 15222-1237
(412) 394-3333

Counsel for Defendant,
HBE Corporation

By: s/ Kurt F. Fernsler
Kurt F. Fernsler, Esq.
PA ID No. 78026
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

(412) 288-8598

Counsel for Plaintiff,
Burchick Construction Company, Inc.