IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BURCHICK CONSTRUCTION COMPANY, INC.

    Plaintiff,

    v.

HBE CORPORATION,

    Defendant.

Civil Docket No. 05-CV-12E

Judge McLaughlin
Magistrate Judge Baxter

## ORDER

AND NOW, this _____ day of _____, 2006, all of the parties to the within matter having notified the Court that they have arrived at a settlement and having stipulated that all claims asserted by each party should be DISMISSED WITH PREJUDICE and that the within matter should be marked "CLOSED," it is SO ORDERED.

_____
U.S. Magistrate Judge Susan Paradise Baxter