IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BURCHICK CONSTRUCTION COMPANY, INC., | ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-12 Erie |
| v. | ) ) | |
| HBE CORPORATION, | ) | |
| Defendant. | ) | |

## ORDER

    AND NOW, this 4th day of May, 2006, upon stipulation of the parties that the within matter has been settled and that all claims should be dismissed,

    IT IS HEREBY ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE and the Clerk shall mark this case as "CLOSED."

                                                          S/Susan Paradise Baxter
                                                          SUSAN PARADISE BAXTER
                                                          Chief U.S. Magistrate Judge